**PARIS ACKERMAN & SCHMIERER LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667

**MEYERS FRIED-GRODIN, LLP**
520 Speedwell Avenue, Suite 210
Morris Plains, NJ 07950
(973) 944-8069

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYATA WILDER, FRANK RIZZO, AND ELIO IPPOLITO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROMA FOOD ENTERPRISES, INC.; ROMA OF NEW JERSEY; PERFORMANCE TRANSPORTATION, LLC d/b/a PERFORMANCE FOOD GROUP;  PERFORMANCE FOODSERVICE – AFI; VISTAR CORPORATION; JOHN DOES 1-10, fictitious names for persons or entities whose present roles and identities are unknown; and ABC BUSINESS ENTITIES 1-10, fictitious names for entities whose present roles and identities are unknown, <br><br> Defendants. | Civil Action No. 2:14-cv-8123 (JLL)(JAD) <br><br><br> **NOTICE OF MOTION FOR REMAND** |

**PLEASE TAKE NOTICE** that on March 2, 2015, or as soon thereafter as Plaintiffs may be heard, Plaintiffs will move before this Honorable Court for an Order granting Plaintiffs' Motion for Remand and remanding this matter back to the Superior Court of New Jersey, Middlesex County.

In support of this Motion, Plaintiffs shall rely upon the Brief as well as the Declaration of Jonathan Meyers along with the exhibits annexed thereto submitted in support of same and filed herewith.  A proposed form of Order and Certificate of Service are also included.

Dated: January 29, 2015

PARIS ACKERMAN & SCHMIERER LLP

Attorneys for Plaintiffs

By:     *s/ Ross H. Schmierer*
        ROSS H. SCHMIERER, ESQ.
        BRYAN H. MINTZ, ESQ.


MEYERS FRIED-GRODIN, LLP

By:     *s/ Jonathan Meyers*
        JONATHAN MEYERS, ESQ.