Jonathan Meyers, Esq.
**MEYERS FRIED-GRODIN, LLP**
1259 Route 46 East, Building 4E
Suite 11 (First Floor)
Parsippany, NJ 07054
(973) 453-4847
JMeyers@MfgLegal.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BAYATA WILDER, FRANK RIZZO and ELIO IPPOLITO, individually and on behalf of all others similarly situated, | Case No. 14-cv-08123 (JLL)(JAD) |
| Plaintiffs, | |
| vs. | **DECLARATION OF JONATHAN MEYERS, ESQ. SUPPORTING PLAINTIFFS' MOTION TO REMAND THIS CASE TO STATE COURT** |
| ROMA FOOD ENTERPRSES, INC.; ROMA OF NEW JERSEY; PERFORMANCE TRANSPORTATION, LLC d/b/a/ PERFORMANCE FOOD GROUP, PERFORMANCE FOODSERVICE – AFI, VISTAR CORPORATION, JOHN DOES 1-10, fictitious names for persons or entities whose present role and identities are unknown; and ABC BUSINESS ENTITIES 1-10, fictitious names for entities whose present roles and identities are unknown, | |
| Defendants. | |

1.      I am an attorney at law, admitted to practice law in the State of New Jersey, and in the United States District Court for the District of New Jersey.  I am over the age of 18 and not a party to this action.  I am a partner with the law firm of Meyers Fried-Grodin, LLP, attorneys of record for Plaintiffs.  I make this declaration in support of Plaintiff's Motion for Remand to State Court.

- 1 -

A. **Information about Management and Employees of**
**Performance Foodservice – AFI**

2. Attached hereto as Exhibit 1 is a copy of a Linkedin profile for Michael Irwin, printed on January 6, 2015.

3. Attached hereto as Exhibit 2 is a copy of a Linkedin profile for Gus Gordon, printed on January 6, 2015.

4. Attached hereto as Exhibit 3 is a copy of a Linkedin profile for Kay Liddell, printed on January 6, 2015.

5. Attached hereto as Exhibit 4 is a copy of a Linkedin profile for Elissa R., printed on January 6, 2015.

6. Attached hereto as Exhibit 5 is a copy of a Linkedin profile for an unidentified Linkedin member, printed on January 6, 2015.

7. Attached hereto as Exhibit 6 is a copy of a Linkedin profile for another unidentified Linkedin member, printed on January 6, 2015.

8. Attached hereto as Exhibit 7 is a copy of a Linkedin profile for Jennifer C., printed on January 6, 2015.

9. Attached hereto as Exhibit 8 is a copy of a Linkedin profile for John Gately, printed on January 6, 2015.

10. Attached hereto as Exhibit 9 is a copy of a resume for John Gately (posted in association with his Linkedin profile), printed on January 6, 2015.

11. Attached hereto as Exhibit 10 is a copy of a Linkedin profile for Sally Leite, printed on January 6, 2015.

12. Attached hereto as Exhibit 11 is a copy of a Linkedin profile for Russell A., printed on January 6, 2015.

13.     Attached hereto as Exhibit 12 is a copy of a Linkedin profile for Max B., printed on January 6, 2015.

14.     Attached hereto as Exhibit 13 is a copy of a Linkedin profile for Jie L., printed on January 6, 2015.

15.     Attached hereto as Exhibit 14 is a copy of a Linkedin profile for Roycelynn H.B. printed on January 6, 2015.

16.     Attached hereto as Exhibit 15 is a copy of a Linkedin profile for Dawn D. printed on January 6, 2015.

17.     Attached hereto as Exhibit 16 is a copy of a Linkedin profile for Phil P. printed on January 6, 2015.

**B.      Information about Divisions of Performance Food Group**

18.     Attached hereto as Exhibit 17 is a copy of the "Our Operating Divisions" page of Performance Food Group's website, printed on January 21, 2015.

19. Attached hereto as Exhibit 18 is a copy of pages that are accessible from a web page for Performance Food Service New Jersey, printed on January 21, 2015.   The first two pages of Exhibit 18 were printed from http://performancefoodservice.com/en/NewJersey.aspx?set=true . The remaining pages of Exhibit 18 were printed from the "Our Products and Services" and "Contact        Us"        links        that        appear        on        the        page http://performancefoodservice.com/en/NewJersey.aspx?set=true .

20.     Attached hereto as Exhibit 19 is a copy of the "Company Leadership" page of Performance Food Group's website, printed on January 21, 2015.

21.     Attached hereto as Exhibit 20 is a copy of the "ROMA Food" page of Performance Food Group's website, printed on January 21, 2015.

22.    Attached hereto as Exhibit 21 is a copy of job listings for Performance Food Group, printed on January 21, 2015, from the website www.glassdoor.com .

**C.    New Jersey Business Entity Status Report for Performance Food Group**

23.    Attached hereto as Exhibit 22 is a copy of a Business Entity Status Report for Performance Food Group, Inc., dated January 7, 2015.  It was taken from the New Jersey Business Gateway website on that date.  The document reflects that the most recent annual report filed by Performance Food Group, Inc. was on September 28, 2014.  It lists the principal business address as: 301 Heron Drive, Swedesboro, NJ, 08085.

**D.    New Jersey DOL Records regarding Performance Foodservice - AFI**

24.    Attached hereto as Exhibit 23 is a copy the first half of a response to an Open Public Records Act request, from the New Jersey Department of Labor, provided on August 28, 2014.

25.    Attached hereto as Exhibit 24 is a copy the second half of a response to an Open Public Records Act request, from the New Jersey Department of Labor, provided on August 28, 2014.

26.    Attached hereto as Exhibit 25 is a copy of a Linkedin profile for Kathy Stevens, printed on January 28, 2015.

**E.    Removal Papers from 2011 State that Roma Exists and Is a New Jersey Corporation**

27.    Attached hereto as Exhibit 26 is a copy of removal papers, filed on behalf of some of the Defendants in this case.  The Notice of Removal, dated February 11, 2011, asserts diversity jurisdiction.  It states that Roma Food Enterprises, Inc. is a New Jersey corporation.

28.    Attached hereto as Exhibit 27 is a copy of a Business Entity Status Report for Roma Food Enterprises, Inc., dated January 6, 2015.  It was taken from the New Jersey Business

Gateway website on that date.  It lists New Jersey addresses for both Roma's principal business address and main business address.  It lists its main business address as being on "Roma Blvd" in Piscataway, NJ.

29.    Attached hereto as Exhibit 28 is a copy of a printout from mapquest.com, dated January 29, 2015.  It indicates that the road in which Exhibit 27 lists as Roma's main business address is still currently called Roma Blvd. in Piscataway.

**F.    Records Show that Roma Filed Lawsuits in Late 2012**

30.    Attached hereto as Exhibit 29 is a copy of a civil Complaint, Certificate of Diligent Inquiry, and Summons, dated November 1 and 2, 2012, filed by Roma Foods against JADB Pizza Corp. et al.  On the first page of the Complaint, Roma is described as "a New Jersey Corporation."  It states that Roma is located at the same address on "Roma Blvd." in Piscataway, NJ as set forth for Roma in Exhibit 27.

31.    Attached hereto as Exhibit 30 is a copy of a civil Complaint, dated November 1, 2012, filed by Roma Foods against Taste LLC et al.  On the first page of the Complaint, Roma is described as "a New Jersey Corporation."  It states that Roma is located at the same address on "Roma Blvd." in Piscataway, NJ as set forth for Roma in Exhibit 27.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JONATHAN MEYERS

Dated: January 29, 2015

- 5 -