# EXHIBIT 1

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »



# Michael Irwin

3rd

### President Performance Food Service-AFI

Middletown, New Jersey | Food & Beverages

| | |
|---|---|
| Current | Performance Foodservice-AFI |
| Previous | Performance Food Group |
| Education | Stockton State College |

| Connect | Send Michael InMail | ▼ |
|---|---|---|

**179**
connections

www.linkedin.com/pub/michael-irwin/78/a18/694

## Ads You May Be Interested In


**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.


**Leads for Lawyers (Local)**
Need New Clients? We'll Connect You to Prospects. Get 10 Free Leads Today!

**Are You A Recruiter?**
Grow Your Talent Pipeline Through 300+ Social Networks. View Demo!

## Background

 Experience

### President
Performance Foodservice-AFI
July 2010 – Present (4 years 7 months)

### Executive VP
Performance Food Group
July 2009 – June 2010 (1 year)

**≡PFG** Performance Food Group

 Skills

### Top Skills

| 12 | P&L |
|---|---|
| 9 | Food |
| 7 | Grocery |
| 7 | Key Account Development |
| 6 | Sales Management |
| 6 | Forecasting |
| 2 | Food Service |
| 2 | Food Industry |
| 1 | National Accounts |
| 1 | Food & Beverage |












Michael also knows about...

| 1 | P&L Management | Restaurants | Menu Development |
|---|---|---|---|

## People Also Viewed

**Gus Gordon**
Vice President of Sales at Performance Foodservice - AFI

**Tom Dowling**
President at Performance Food Group

**Ji Cha**
Territory Manager at US Foods

**Sara Cahill**
Marketing Manager at Performance Food Group

**Heather Kogan**
Director of Business Development at SYSCO Metro New York

**Loni Himelman**
Area Sales Manager

**Matthew Gaffney**
Transportation Supervisor/Router

**Paul Gallo**
US. Foods Business Development Manager Emerging Chains NE Reg.

**Kenny Roper**
VP at Performance Food Group

**Joe Piche**
Category Manager Dry Grocery at Renzi Food Service

## How Youâre Connected

 You

 Bobby Stutzman

Leonard Pasculli

Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free

**Stockton State College**
Bachelor's Degree, Finance and Financial Management Services
1989 – 1992

**Following**



=PFG= Performance Food Group

**Performance Food G...**
Food & Beverages
Follow

11 more connections can introduce you to someone who knows Michael

Michael Irwin

**In Common with Michael**

1

Location

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

**LinkedIn Corporation © 2014** | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback