# EXHIBIT 2

New York Attorney: ASAP - Immediate opening for New York attorney. Join now to view cases. | Read More »



# Gus Gordon

3rd

Vice President of Sales at Performance Foodservice - AFI

Greater New York City Area | Food & Beverages

**Connect**    Send Gus InMail    ▾

**64**
connections

www.linkedin.com/pub/gus-gordon/25/b40/330

## Background

### Experience

**Vice President of Sales**
Performance Foodservice - AFI
July 2010 – Present (4 years 7 months)

### Skills

| 5 | Sales Management |
| 3 | Sales |
| 3 | New Business Development |
| 3 | Food |
| 2 | Food Service |
| 2 | Sales Operations |
| 2 | Food & Beverage |

**Ads You May Be Interested In**

**Leads for Lawyers (Local)**
Need New Clients? We'll Connect You to Prospects. Get 10 Free Leads Today!

**Attorney Wanted**
We need attorneys to help our legal clients. Free trial to view cases.

**Master of Legal Studies**
Earn an MLS From a Top-20 U.S. Law School. Learn More About @WashULaw Now.

**People Also Viewed**

**Michael Irwin**
President Performance Food Service-AFI

**Tom Dowling**
President at Performance Food Group

**Mike Hedden**
Regional Sales Manager at Performance Food Group

**David Ebstein**
Vice President of Purchasing & Marketing

**Kathy Stevens**
Vice Presidnet H.R at PFG-AFI Foodservice

**Ji Cha**
Territory Manager at US Foods

**Nestor Lorenzo**
REGIONAL SALES MANAGER at FURMANO FOODS

**Chris Harrington**
Senior Business Analyst at GFS Canada

**Jessica Rieser**
Sales at Driscoll Foods

**Matthew Eisenhower**
Account Executive at Advantage Waypoint

**How Youare Connected**

You

Bobby Stutzman

Bobby can introduce you to



Home    Profile    Connections    Jobs    Interests          Advanced

Business Services    Try Premium for free

Gus Gordon

**In Common with Gus**

You    Gus

**1**

Location

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    **Upgrade Your Account**

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback