# EXHIBIT 3

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

# Kay Liddell

2nd

Marketing Mgr, Performance Foodservice-AFI

Greater New York City Area | Food & Beverages

| | |
|---|---|
| Current | Performance Foodservice - AFI |
| Education | Edinboro University of Pennsylvania |

**Connect**    **Send Kay InMail** ▾

**316**
connections

www.linkedin.com/pub/kay-liddell/13/543/844

## Background

### Experience

**Marketing Manager**
Performance Foodservice - AFI
January 2003 – Present (12 years 1 month) | AFI - Elizabeth NJ

### Skills

**Top Skills**

| | |
|---|---|
| 23 | Market Planning |
| 14 | FMCG |
| 9 | Pricing |
| 7 | Consumer Products |
| 7 | Grocery |
| 4 | Trade Marketing |
| 3 | Shopper Marketing |
| 3 | Forecasting |
| 3 | P&L Management |
| 2 | Sales Operations |

Kay also knows about...

| | | |
|---|---|---|
| 2 Sales Management | 1 Key Account Management | National Accounts |

Marketing Strategy   Marketing   Sales   New Business Development

Account Management   Food Service   Marketing Management

### Education

**Ads You May Be Interested In**



**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.



**The Top Trial Lawyers**
Million Dollar Advocates Forum. Are you qualified for membership?



**Attorney Leads (Local)**
We Need Local Attorneys Looking for New Clients. Receive $500 in Free Leads

**People Also Viewed**



**Alison Snowden**
Marketing Manager at Performance Food Group



**John Scelfo**
VP IT, Performance Foodservice at Performance Food Group



**Glen Haynes**
IT Manager Performance Food Group



**Delano McKamey**
Senior Distributor Development Manager - PFG Corporate Account Representative at unilever foodsolutions



**Nicole Campesi**
Project Manager



**BOB SCHEUER**
--



**Bruce Lacher**
Fire Chief at El Dorado County Fire District



**miguel angel lorenzo collados**
--



**Mitch Slavin**
Sales Floor Associate at School Zone Uniforms

**Peter Gottlieb**
Broker at Willis

**How You âre Connected**

You

