# EXHIBIT 4

New York Attorney: ASAP - Immediate opening for New York attorney. Join now to view cases. | Read More »

# Elisa R. ( Upgrade for full name )

**VP of Purchasing and Marketing**

Greater New York City Area | Food & Beverages

| | |
|---|---|
| Current | Performance Foodservice-AFI |
| Previous | PFG/AFI Foodservice, AFI Foodservice |
| Education | Essex County College |

**Send Elisa InMail** ▾

3rd

**63**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

**Ads By LinkedIn Members**



Attorney Needed ASAP
Crucial need for local attorney in your area. View new cases today.

Learn More »



The Top Trial Lawyers
Million Dollar Advocates Forum. Are you qualified for membership?

Learn More »

**People Also Viewed**



**Yohvanni Kathriner**
Area manager at Performance Food Group



**David Ebstein**
Vice President of Purchasing & Marketing



**Dorit Shur**
Senior Sales Representative- PepsiCo



**Joy Bonenfant**
Administrative Analyst at National Worksite Benefits Group



**Edward Carpenito**
Produce manager at Sales Performance International



**Peter Napolitano**
Intern at Trubee, Collins & Co.



**Steve Russell**
Vice President Foodservice at Domino Foods

**Eric M. Eigen**
Chief Supply Chain & Marketing Officer at FERRARO FOODS

**Peter NAPOLITANO**
PRODUCE PETE at W N B C WEEKEND TODAY IN NEW YORK

**Eryck Chairez**
Assistant General Manager at Acabar

**How You âre Connected**

You

Paul Crupi

Dawn Sconzo

Case 2:14-cv-08123-JLL-JAD   Document 10-6   Filed 01/29/15   Page 3 of 3 PageID: 156

Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free

Your connections can introduce you to someone who knows Elisa

Elisa R.

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback