# EXHIBIT 5

☰ ▾   Search for people, jobs, companies, and more...   🔍  Advanced     ✉ 41   🚩   +105 👤

Home    Profile    Connections    Jobs    Interests                    Business Services    Try Premium for free

New York Attorney: ASAP - Immediate opening for New York attorney. Join now to view cases. | Read More »

# LinkedIn Member

Vice President at Performance Foodservice-AFI

Greater New York City Area | Wholesale

Experience   Upgrade to see this memberâs experience
Education    Upgrade to see this memberâs education

**Send InMail** ▾

**4**
connections

Ads You May Be Interested In


**Attorney Needed ASAP**
Crucial need for local attorney in
your area. View new cases
today.


**The Top Trial Lawyers**
Million Dollar Advocates Forum.
Are you qualified for
membership?


**Attorney Leads (Local)**
We Need Local Attorneys
Looking for New Clients.
Receive $500 in Free Leads

Profile summaries for members outside your network are available only to premium account holders.

**Upgrade your account »**

## People Also Viewed


**Giuseppe D'Avanzo**
Sales Manager at Performance Food Group


**Joseph Davi**
President & CEO, Med-Metrix, LLC


**Jackie Thommen**
Customer Service Manager at Performance Food Group


**Teresa Jones**
Sr. Credit Analyst at Performance Food Group


**Noreen Boyle**
Physical Therapist, Twin Boro Physical Therapy


**Bryan Friedman**
Executive Chef Treno Restaurant


**anthony rossi**
manager at geno's steaks inc.

**Stephanie Kops**
Trader

**Mark Alford**
Sales Manager at Cedar Farms

**Sara Cahill**
Marketing Manager at Performance Food Group

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2014   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback