# EXHIBIT 6

Case 2:14-cv-08123-JLL-JAD    Document 10-8    Filed 01/29/15    Page 2 of 2 PageID: 160



Search for people, jobs, companies, and more...    🔍  Advanced    ✉41    🚩    +105    👤

| Home | Profile | Connections | Jobs | Interests | | Business Services | Try Premium for free |

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

# LinkedIn Member

AREA MANAGER at PERFORMANCE FOODSERVICE/AFI

Greater New York City Area  |  Food & Beverages

Experience    Upgrade to see this memberâs experience
Education     Upgrade to see this memberâs education

**Send InMail** ▾

1
connection

Profile summaries for members outside your network are available only to premium account holders.

**Upgrade your account »**

## Ads You May Be Interested In


**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.
›


**Attorney Leads (Local)**
We Need Local Attorneys Looking for New Clients. Receive $500 in Free Leads


**Social Media Recruiting**
Source, Recruit, & Hire The Best Talent Through Social Networks. See Demo!

## People Also Viewed


**Samuel Mantel**
Customer Service Representative


**Joseph Cimino**
CEO at BlueSky Spirits LLC


**siham ach**
assistant at waytodough


**Eyup Murat Eser**
Marketing at Sysco food services of philadelphia


**Tim Powell**
General Manager at Vapiano


**Sophie Darsot**
Stylist at Dolce&Gabbana


**Marlon Weinberg**
Northeast Regional Sales Manager at Primizie Crispbreads

**Greg Steltenpohl**
CEO at Califia Farms

**Fabian Ludwig**
Executive Chef at New York Marriott Marquis

Help Center  |  About  |  Careers  |  Advertising  |  Talent Solutions  |  Sales Solutions  |  Small Business  |  Mobile  |  Language  |  Upgrade Your Account

LinkedIn Corporation © 2014  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Send Feedback