# EXHIBIT 7

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

# Jennifer C. (See Full Name)

3rd

Marketing Specialist at Performance Foodservice - AFI

Roselle Park, New Jersey | Food & Beverages

**Send Jennifer InMail** ▾

1
connection

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

Ads You May Be Interested In



New York Attorney: ASAP
Immediate opening for New York
attorney. Join now to view
cases.



Leads for Lawyers (Local)
Need New Clients? We'll
Connect You to Prospects. Get
10 Free Leads Today!



Are You In HR?
Grow Your Talent Pipeline
Through 300+ Social Networks.
View Demo!

## People Also Viewed

timothy ramteke
--



samir rastogi
Independent Architecture & Planning
Professional

chris lazicki
buyer at Performance Food Group



Brad Bergman
Owner/ECD Legacy Design & Media



Dawn Rywalt
Professor at DeVry University



tiffani patrick
buyer at Performance Food Service



Tim Harper
Digital Graphic Designer



Srujana Adusumilli
Data Analyst at Audible, Inc.

Harley Halsey
Senior Global Threat Analyst at
CrowdStrike

Corey Douglas
Accounts Receivable for National
Business Parks

## How You âre Connected

You

Trish Cooper

Trish can introduce you to

Home | Profile | Connections | Jobs | Interests

Advanced

Business Services | Try Premium for free

Jennifer C.

Help Center ⋮ About ⋮ Careers ⋮ Advertising ⋮ Talent Solutions ⋮ Sales Solutions ⋮ Small Business ⋮ Mobile ⋮ Language ⋮ **Upgrade Your Account**

LinkedIn Corporation © 2014 ⋮ User Agreement ⋮ Privacy Policy ⋮ Community Guidelines ⋮ Cookie Policy ⋮ Copyright Policy ⋮ Send Feedback