# EXHIBIT 8

Attorney Wanted - **We need attorneys to help our legal clients. Free trial to view cases.**



# John Gately     3rd

## Interim CFO at Pate Dawson company

Trenton, New Jersey   |   Food Production

| | |
|---|---|
| Current | Pate Dawson company |
| Previous | Buckhead Beef Company, Performance Food Group - AFI Foodservice, Fleming Companies |
| Education | University of Hartford |

[ Connect ]   [ Send John InMail ] ▾     **473** connections

www.linkedin.com/pub/john-gately/11/280/249

---

## Background

 ### Summary

Skilled finance and accounting executive who provides strategic initiatives and innovative problem solving that adds millions in operating income and cash flow. Extensive system experience with new ERP developments and installations. Accurate forecast and planning development and publication for corporate consolidations. Skilled in Lean Six Sigma principles and certified as a Lean Six Sigma Green Belt.

 ### Experience

**CFO**
Pate Dawson company
November 2013 – Present (1 year 3 months) | goldsboro, north carolina

Financial management & reporting for 8 business operating units
Bank relations & ABL reporting
Operations guidance
Lean Six Sigma implementation
Cost / Expense reductions
Customer profitability analysis
System changes & integration
Streamlining & shortening month end closing process
Debt reduction
Asset management
Cash flow improvement & cash driver management
Staff management at three sites
Risk management

**People Similar to John**



Brian Seigel   3rd
CFO at Felbro Foods
**Connect**

**Ads You May Be Interested In**

   The Top Trial Lawyers
Million Dollar Advocates Forum.
Are you qualified for
membership?

   Attorney Needed ASAP
Crucial need for local attorney in
your area. View new cases
today.

   Headhunters are searching
You are sought after by
headhunters - Join now!



Clay Jordan
Sr VP CFO at Buckhead Beef

   Adam Holmes
VP & General Manager at Pate
Dawson and Southern Foods
Company

   Stanford Banks
Senior Vice President of Operations at
Pate Dawson- Southern Foods
Company

Andrew Skobe
EVP and Chief Financial Officer

Del Rush, CPA, CIA, CGMA

Gately_John Resume 02 14

≡ ▾                                             🔍  Advanced        ✉⁴¹  🚩  🏆¹⁰⁵  👤

Hom**CFO**   Profile    Connections    Jobs    Interests

Business Services      Try Premium for free

**Buckhead Beef Company**
August 2007 – July 2013 (6 years) | Edison, NJ

Lee Martinez
HR Lead at Buckhead Beef

Robert Buckenham, MBA, CMA
Corporate Controller at Pate Dawson
Company

Responsibilities include:
Budgeting, planning and forecasting
General and cost accounting
Financial and business analysis
Formulating and implementing strategic profit and cash flow improvement initiatives and action plans
Credit review and management of credit risk and collections
Inventory control, valuation and management
Internal management reporting and external financial reporting (weekly, monthly, quarterly and annual)
Board reviews and presentation
Meat cutting cost, productivity and variance analysis and review with local management
Financial model development
Sales reviews, identification and strategy for customer acquisition, competitive analysis, cost / benefit analysis and contract cost and margin, terms recommendations
Internal control procedures, maintenance and testing
KPI dashboard reporting, update and monitoring
Action plan development and updates
Accounts receivable and accounts payable transaction management
Month end closings
Balance sheet account reconciliations

**How Youare Connected**



You

Tom DiGiovanni

Phil Frazer

Silvana Soares, PHR

97 more connections can
introduce you to someone who
knows John

John Gately

Accomplishments include:
Created and implemented turnaround plan during first six months of employment that engaged each department manager and added $2.2MM of operating profits during second half of fiscal year.

Developed strategic action plans for sales growth and profit improvement initiatives during fiscal year 2012 that was praised by Sysco management as an outstanding strategic initiative and was used to improve sales, margins and profits becoming a standard for the corporation.

Implemented and computed manufacturing productivity incentive plans and weekly sales commission payments that resulted in record sales levels and manufacturing productivity rates.

### Director of Accounting
Performance Food Group - AFI Foodservice
January 2003 – August 2007 (4 years 8 months) | Elizabeth NJ

Financial reporting, monthly, quarterly and annual financial closings, budgeting, forecasting, reconciliations, management of accounts payable. financial and operational internal control procedure development and documentation of Sarbanes Oxley compliance initiatives.
Established commodity based cost accounting system, average actual inventory valuation methodology and manufacturing reporting for custom cut meat operation resulting in improved productivity and justification for the new construction and transfer of operations from satellite facility to distribution center location.
Championed and led Lean Six Sigma team resulting in the identification and growth of high margin product line sales and design, measurement and analysis of perfect order metric and profit improvement of $0.9MM

**In Common with John**



1

Location

### Division Controller, Regional Director of Accounting and Customer Service Manager
Fleming Companies
January 2001 – January 2003 (2 years 1 month) | South Brunswick, NJ and Lewisville, TX

Inventory management, cost analysis and review, revenue analysis, control and minimize inventory adjustments, damage and spoilage, review and improvement in warehouse controls and procedures, oversee shared service accounting and inventory control for 5 distribution companies in eastern region, analyze and manage vendor payments post bankruptcy, provide Kmart customers with order support, timely delivery, shortage claims, proactive selling by customer service reps, and respond to invoice inquiries.
Recommended and implemented operational and customer service opportunities to reduce shortage claims and credits by $200MM annually. Reviewed and improved load audit procedures.
Implemented reclamation procedures at N. Carolina distribution center saving >$100K annually
Identified and formulated plan to recover $60MM in duplicate vendor payments following bankruptcy filing.

### Controller
European Coffee Classics (Melitta)
1998 – 2000 (2 years)

Accounting and finance for a coffee roasting operation owned by an international corporation including marketing, sales, distribution and retail operation responsibilities. Reported to board and international

☰ ▾

Home    Profile    Connections    Jobs    Interests

 Advanced        Business Services    Try Premium for free

**Plant Controller**
Sterling Drug Company Inc
1982 – 1987 (5 years)

 Volunteer Experience & Causes

**Opportunities John is looking for:**

- Joining a nonprofit board
- Skills-based volunteering (pro bono consulting)

 Courses

**University of Hartford**

- Marketing Management

**Quinnipiac University**

- Accounting, Auditing, Tax Accounting, Cost Accounting, Advanced Accounting, Marketing, Statistical Methods, Archeology. Psychology

 Skills

**Top Skills**

| | |
|---|---|
| 29 | Forecasting |
| 20 | Budgets |
| 20 | Inventory Management |
| 18 | Analysis |
| 9 | P&L |
| 7 | Accounting |
| 7 | Food Industry |
| 6 | Accounts Receivable |
| 6 | Cash Flow |
| 5 | Purchasing |

**John also knows about...**

| | | | | | |
|---|---|---|---|---|---|
| 5 Managerial Finance | 4 Strategic Planning | 3 Income Statement | 3 Food | | |
| 3 Financial Reporting | 2 Food Service | 2 Process Improvement | | | |
| 2 Sales Management | 2 Account Reconciliation | 2 Inventory Control | | | |
| 2 Variance Analysis | 2 Management | 1 Food Processing | | | |
| 1 Account Management | 1 Accounts Payable | See 25+ | | | |

  

☰ ▾                                          🔍  Advanced          ✉41  🏳  ⛏105  👤

Home    Profile    Connections    Jobs    Interests                    Business Services    Try Premium for free

**University of Hartford**
Master of Business Administration (MBA), Finance and Marketing
1979 – 1982

MBA finance & marketing

‣ 1 course

**Quinnipiac University**
Bachelor of Science (BS), Accounting
1971 – 1976

BS Accounting

‣ 1 course

## Additional Info

- **Interests**

  Cycling and travel

- **Personal Details**

  Birthday        November 10

- **Advice for Contacting John**

  john.gately@optimum.net

**Recommendations**                                                      Given (3)



**Davis Jones (李志鹏)**
Recruiting Manager

❝ Davis was by far the best recruiter I have ever worked with in the Robert Half network of companies. He takes the iime to get to know his clients and candidates and understand their strengths and value they can provide to companies both small and large, public or private He presents his candidates understanding their greatest strengths and works tirelessly to find... **more**

February 9, 2014, John was Davis's client



**Mark Gage**
Division President

❝ Mark was an excellent manager who new how to drive results and motivate his staff. He always kept the customer first in mind and obtained positive comments for outstanding customer satisfaction and loyalty. Mark helped each his employees reach their full potential while employed at the South Brunswick facility and helped each employee find new jobs when the distribution... **more**

July 31, 2013, John reported to Mark at Fleming Company



**Thomas Frost**
Controller

❝ Tom Frost was an excellent Controller at Buckhead Beef and always could be counted on for accurate and timely information. Tom was always willing to show others how to obtain information and provide guidance on accounting procedures at Buckhead Beef Company. I highly recommend Tom for an accounting / financial management company in any industry. Contact me at 732-425-... **more**

John Gately | LinkedIn
https://www.linkedin.com/profile/view?id=39481680&authType=O...

≡ ▾        🔍  Advanced        ✉41  🚩  +105  👤

Home     Profile     Connections     Jobs     Interests            Business Services     Try Premium for free

### Groups


**Sterling Drug Inc. Al...**
191 members
Join


**Business Forecastin...**
7,819 members
Join


**Financial Systems N...**
31,708 members
Join


**Chief Financial Offic...**
234,084 members
Join


**High Powered Execu...**
6,026 members
Join


**Hospitality & Foodse...**
82,002 members
Join

**FENG - Princeton, Ne...**
411 members
Join

See 11 more

### Following

## Influencers


**Bernard Marr**
Best-Selling...
Follow


**Marcus Samuelsson**
Chef and Author at...
Follow


**Anthony Scaramucci**
Managing Partner at...
Follow


**Jim Clifton**
CEO at Gallup
Follow

## News


**Leadership & Manag...**
10,068,923 followers
Follow


**Best Advice**
2,534,843 followers
Follow


**Banking & Finance**
1,942,293 followers
Follow


**Accounting**
549,007 followers
Follow

## Companies


**Ivy Exec (IvyExec.com)**
Staffing and Recruiting
Follow


**Firmenich**
Chemicals
Follow


**Sysco**
Food & Beverages
Follow


**Alta Bicycle Share**
Transportation/Trucking
/Railroad
Follow


**Performance Bicycle**
Sporting Goods
Follow


**Pfizer**
Pharmaceuticals
Follow


**Cisco**
Computer Networking
Follow

See 52 more

## Schools

≡ ▾

Home    Profile    Connections    Jobs    Interests

Advanced    ✉ 41    ⚑    ➕ 105    👤

Business Services    Try Premium for free

**Quinnipiac University**
Greater New York City Area
Follow

**University of Hartford**
Hartford, Connecticut Area
Follow

---

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    **Upgrade Your Account**

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback