# EXHIBIT 9

slide-1-638.jpg (JPEG Image, 638 × 826 pixels) - Scaled (79%)    https://image-private.slidesharecdn.com/9ea940b0-9e52-11e3-aca9-1...

**John T. Gately**
**9 Bainbridge Court**
**Hamilton, NJ 08690**
**(609) 890-1117 (Home) (609)575-3004 (Cell)**
**Email: john.gately@optimum.net**

Accomplished Financial Executive with 20+ years of experience in food processing, manufacturing and distribution enterprises. Proven and demonstrated skills in leadership, innovation, problem solving and follow through. Record of providing strategic direction in sales growth, cost control and cash flow management resulting in improved profitability.

**Career highlights:**
- Identified and implemented best practices to add $2.2 million to bottom line profits in one year.
- Skilled team builder with track record of executing strategic direction to reduce cost and improve profits.
- Managed accounting and operations staff for multiple locations and accounts receivable staff that achieved 88% current balances, accounts payable specialist who matched and processed inventory and expense invoices for multiple locations and reported accurate and timely weekly, monthly and annual financial statements, profit plans and forecasts.
- Effective banking relations skills with expertise in negotiating increased revolving credit limits, lower interest rates and reporting asset based lending borrowing base and compliance certificates.
- Results oriented leader who consistently surpassed objectives by improving financial staff performance and strengthened internal controls.
- Installed several general ledgers, transaction processing, financial reporting, cost management and planning and control systems resulting in shortened closing cycles, improved working capital management, reduced administrative costs and improved profits.
- Established policies and procedures and streamlined review and approval processes for Sarbanes Oxley compliance.
- Adept hands-on accounting and finance executive with proven abilities in cost accounting, financial analysis and strategic planning with a record of implementing manufacturing productivity and profit improvements in a diverse set of industries.
- Identified and implemented specific profit improvement initiatives that reduced administrative costs, improved process yields, and lowered labor and overhead costs resulting in #1 distribution center rating and President's Award for outstanding profit improvement achievements.

**PROFESSIONAL EXPERIENCE**
**PATE DAWSON COMPANY, Goldsboro, NC**                    **2013 to Present**
**Interim CFO**
Largest privately owned Broadline and Customized Distribution company in the Southeast and with eight business units in five locations, 500 employees, directly manager Corporate Controller and 18 professional and staff employees.
Responsibilities include financial management and reporting for eight business operating units, bank relations and ABL reporting, operations guidance, Lean Six Sigma implementation, customer profitability analysis, strategic planning for business consolidation, system changes and integration, asset management and cost and profit improvements.

1/6/2015 11:03 AM

slide-2-1024.jpg (JPEG Image, 1024 × 1326 pixels) - Scaled (49%)     https://image-private.slidesharecdn.com/9ea940b0-9e52-11e3-aca9-1...

Improved cash operating cycle added $4.5MM in cash flow and lowered debt by $5MM and interest cost by 40% in first 2 months.

- Shortened closing cycle by 5 days and improved organization and structure of closing, reconciliations and review
- Introduced new and improved systems to remedy inventory variances and capture catch weights in the meat and seafood operations and broadline inventories.

**BUCKHEAD BEEF COMPANY (SYSCO), Edison, NJ**                    **2007 to 2013**
**Chief Financial Officer**
Custom Cut Meat manufacturing operation with sales of $100-$120MM, 100 employees, managed an accounting staff of 8 professional and staff employees.
Responsible for reporting, planning, forecasting, AR, AP, Inventory Control, Internal Controls and Tax Reporting.

- Created and implemented turnaround plan during first six months of employment that engaged each department manager and added $2.2MM of operating profits during second half of fiscal year.
- Formulated strategic action plans for sales growth and profit improvement initiatives during fiscal year 2012 that was praised by Sysco management as an outstanding strategic initiative and was used to improve sales, margins and profits becoming a standard for the corporation.
- Implemented and computed weekly manufacturing productivity incentive achievements and sales commission payments that resulted in record sales levels and manufacturing productivity rates.

**AFI FOODSERVICE (PFG), Elizabeth, NJ**                    **2003 to 2007**
**Director of Accounting**
Food distribution and manufacturing facility with $400MM in annual revenue with custom cut meat manufacturing operation.  Managed a staff of 7 accounting professionals and staff positions.
Responsible for accounting and reporting, planning and forecasting.

- Developed, implemented and maintained policies and procedures to insure Sarbanes Oxley compliance and improved internal controls.
- Streamlined weekly and monthly reporting procedures.
- Established commodity based cost accounting system, average actual inventory valuation methodology and manufacturing reporting for custom cut meat operation resulting in improved productivity and justification for the new construction and transfer of operations from satellite facility to distribution center location.
- Championed and led Lean Six Sigma team resulting in the identification and growth of high margin product line sales and design, measurement and analysis of perfect order metric and profit improvement of $0.9MM.

**FLEMING COMPANIES, INC. , South Brunswick, NJ**                    **2001 to 2003**
**Director of Accounting Operations & Customer Service Manager, Eastern Region, 01/02 to 6/03**
Directed shared service staff and remaining staff at distribution centers handling accounting responsibilities for five distribution centers with revenue of $26MM.  Supervised customer service staff at South Brunswick facility.
Led and managed inventory accounting and control functions at Fleming. Directed accounting, reporting, financial analysis, planning, forecasting, internal controls and business development for four distribution centers in the Mid-Atlantic region. Service Eastern Region of Kmart stores and

slide-3-1024.jpg (JPEG Image, 1024 × 1326 pixels) - Scaled (49%)    https://image-private.slidesharecdn.com/9ea940b0-9e52-11e3-aca9-1...

direct customer service associates in invoicing and selling responsibilities.
- Recommended and implemented operational and customer service opportunities to reduce shortage claims and credits by $200MM annually. Reviewed and improved load audit procedures.
- Implemented reclamation procedures at N. Carolina distribution center saving >$100K annually
- Identified and formulated plan to recover $60MM in duplicate vendor payments following bankruptcy filing.

**Controller, South Brunswick, NJ, 10/01 to 01/02**
Leading Distribution Company serving all K-mart packaged goods product demands.
- Responsible for all accounting, reporting, financial analysis, planning, forecasting, internal controls and business development.
- Improved weekly forecast accuracy and budget presentation while identifying volume and profit opportunities diversifying customer base at the South Brunswick, NJ distribution center.

**NESTLE NESPRESSO USA, INC.**, New York, NY,                                    **2000 to 2001**
**Finance and Control Manager**
Reported to President with responsibility for financial controls and reporting, budgeting and planning, information system management, procurement of goods and services, warehousing and logistics at this unique portion pack coffee marketing and distribution subsidiary of Nestle.
- Implemented monthly financial reporting and analysis, which provided current analysis of results and prompt action on variances and business issues. Improved marketing commitment and spending controls resulting in early detection, management and allocation of marketing expenditures for each business segment. Created credit manual and established credit review procedures for new and existing foodservice customers.

**OTHER WORK EXPERIENCE**

| | |
|---|---|
| Controller – European Coffee Classics, Inc.(Melitta USA), Cherry Hill, NJ | 1998 to 2000 |
| Assistant Controller – Garden State Tanning, Inc., King of Prussia, PA | 1991 to 1998 |
| Accounting Director – Ciba Consumer Pharmaceutical (Novartis) Edison, NJ | 1989 to 1991 |
| Director Accounting and Reporting – The Regina Company, Rahway, NJ | 1987 to 1989 |
| Plant Controller – Sterling Drug, Inc., Trenton, NJ | 1982 to 1987 |
| Plant Controller – Pfizer Inc., Canaan, CT | 1978 to 1982 |

**EDUCATION**
MBA (Finance and Marketing), University of Hartford, West Hartford, CT
B.S. (Accounting), Quinnipiac College, Hamden, CT

**ADDITIONAL INFORMATION**
- Lean Six Sigma Green Belt Certification
- Expertise in entire Microsoft Office package
- Dale Carnegie graduate
- Expertise in SAP, JD Edwards, McCormick & Dodge, MAS90 & 200, MSA, Peachtree, QuickBooks, Hyperion, CARAT and several proprietary software packages