# EXHIBIT 10

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today. | Read More »



# Sally Leite, PHR   2nd

Regional Human Resources Manager, BPE at Comcast
Cable

Greater New York City Area | Human Resources

| Previous | Comcast Cable, Liberty Health LLC, PFG/AFI Foodservice |
|---|---|
| Education | Essex County College |

**Connect**   **Send Sally InMail**   ▼

**382**
connections

**People Similar to Sally**



Shannon Greenwood, SPHR   3rd
Sr. Human Resources Manager - Mid Market...
Connect

**Ads You May Be Interested In**

The Top Trial Lawyers
Million Dollar Advocates Forum.
Are you qualified for
membership?

Attorney Needed ASAP
Crucial need for local attorney in
your area. View new cases
today.

Are You A Recruiter?
Grow Your Talent Pipeline
Through 300+ Social Networks.
View Demo!

## Background


## Summary

Motivated multilingual Human Resources professional, highly proficient in pinpointing and resolving
employee relations issues. Ability to work in a fast-paced environment and develop the skills adaptable to
every job-related situation. Professional and positive attitude with strong organizational, follow-up, and
multi-tasking skills. Strong analytical and problem solving skills. Excellent verbal and communication
skills. Effective public speaker and trainer.

Specialties:Employee Relations, Training, Benefits, Investigations,
Compensation/Payroll, Performance Management, Recruiting, Project Management, Coaching &
Counseling, Compliance/Audit, Reporting, New Hire Orientation, HRIS, Labor/Contract Negotiation,
Activities/Wellness Programs, Policy/Procedure/Handbook Writing


Stefanie Showell-Jones
Regional Sr. Director Employee
Relations at Comcast Cable


Cally Monzidelis Calabrese
Director, Human Resources at Toys R
Us


Margie Sanchez
Director HR Shared Services at
Comcast


Jim Brinkerhoff, SPHR
Manager Human Resources at
RailWorks Corporation


Lisa Kettyle, PHR, SHRM-CP
Regional Human Resources Manager
at Rock-Tenn Company


Lori Butcher
Strategic Senior Human Resources
Professional


Sylvia Kay
Owner, Kay Communication and Public
Relations and Communications
Consultant


## Experience

### Regional Human Resources Manager, BPE
Comcast Cable
June 2014 – Present (8 months)


COMCAST

### Human Resources Manager
Comcast Cable
February 2012 – June 2014 (2 years 5 months)

▼ 8 recommendations, including:


Carlos Valdes, SPHR
Senior HR Director | Strategic Business ...

Sally is an excellent HR leader and an extremely
valuable member of the Comcast HR team. Her
knowledge of HR issues and her... View


Brent Vader
HR Business Partner at Verizon Wireless

Sally is a hands-on, dynamic HR Professional. She
was heavily involved with the Recruitment process
for Comcast of Northern... View

6 more recommendations

### Human Resources Generalist
Comcast Cable
February 2007 – February 2012 (5 years 1 month)

COMCAST

Partners with leadership and HR teams to align and execute HR strategies in support of business goals
to ensure strategies and initiatives are met. Client group consists of busy Call Center with approximately
300 employees. Coordinates recruitment, compliance, benefits, compensation, and employee relations
activities to maximize employee resources. Provide advice, counsel and coaching to employees
regarding HR policies and procedures. Assess and propose opportunities for process improvements.
Implement special projects to enhance the effectiveness of HR programs, such as training with new
Supervisors and Managers to assist and partner with them in their new role. Develops processes and
procedures to drive department efficiencies. Assists in the development and meeting of departmental

**How Youâre Connected**


You


Keith Bogen, SPHR - MS-HRM /
MA-LIR

Robin Burgos

Home    Profile    Connections    Jobs    Interests

Q    Advanced    ✉ 41    ⚑    105    👤

Business Services    Try Premium for free

**Liberty Health LLC**

September 2005 – February 2007 (1 year 6 months)

Supported approximately 800 medical and non-medical staff. Assisted in creation and administration of HR policies, procedures, and forms, including new Performance Appraisal and Exit Interview Process. Assisted with Pension and 403B administration; prepared data and submitted to actuary for calculation. Ensured JCAHO standards were met. Assisted in organizing various employee functions and fundraisers. Member of the Management Steering, Performance Improvement, JCAHO Prep, and Safety Committees.

### Human Resources Generalist

PFG/AFI Foodservice

June 2004 – October 2005 (1 year 5 months)

Processed new hire paperwork, including follow-up surveys, questionnaires, and WOTC registration. Social Security and I-9 verifications and investigations. Set-up and maintained confidential personnel and medical files. Wage and Separation information to Unemployment. Processed Short-Term Disability, FMLA, and Workers' Compensation. Served as back-up for the Payroll Specialist and Benefits Supervisor.

### Office Manager

ImageX-Kinkos

September 2001 – May 2004 (2 years 9 months)

Performed benefits administration with regards to claims, enrollment, communication, and issues. Maintained confidential personnel and medical files; created spreadsheets to track personnel information. Researched, established, and communicated team member wellness programs aligned with budget and interests. Processed Workers' Compensation, FMLA, Short-Term Disability, and OSHA. Created and distributed monthly newsletter. Effectively created and facilitated the transfer of 20 employees from another facility. Supervised customer service staff.

▾ 1 recommendation



**Jenny Francois**
Administrative & Sales Support Professional - Content Creator

I had the pleasure of knowing Sally when we worked together at Imagex-Kinko's. Sally was a great manager and motivator. She is super motivated, responsive, and a highly knowledgeable person. She was always willing to lend her expertise and help out... View

 **Languages**

**Portuguese**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

 **Skills**

**Top Skills**

| | |
|---|---|
| 32 | Employee Relations |
| 22 | Human Resources |
| 17 | HRIS |
| 14 | Benefits Administration |
| 11 | Employee Engagement |
| 9 | Performance Management |
| 9 | New Hire Orientations |
| 7 | Employee Benefits |
| 7 | Workforce Planning |

**In Common with Sally**



3
Skills & Expertise

1
Location

| 6 | Payroll | 5 | Leadership | 5 | Coaching | 5 | HR Policies |
|---|---|---|---|---|---|---|---|
| 5 | Personnel Management | 4 | Labor Relations | 4 | Call Centers | 3 | Training |
| 3 | Onboarding | 3 | FMLA | 3 | Policy | 3 | Interviews | 2 | Project Management |
| 2 | Talent Management | 2 | College Recruiting | | See 24+ | | |

## Education

**Essex County College**
Associates, Liberal Arts

**Thomas Edison State College**
Bachelors, Liberal Studies

Additional Info

• **Interests**

Photography, Reading, Travel

## Organizations

**Additional Organizations**

SHRM, Whine & Dine, HR Professionals

## Honors & Awards

**Additional Honors & Awards**

PHR (Professional in Human Resources)

**Recommendations**

Received (9) ▾     Given (3)

### Human Resources Manager
Comcast Cable



**Carlos Valdes, SPHR**
Senior HR Director | Strategic Business Partner and Advisor to Executive Leadership

❝ Sally is an excellent HR leader and an extremely valuable member of the Comcast HR team. Her knowledge of HR issues and her interpersonal relationship skills are among the best that I've seen. She has excellent problem solving skills and a very strong work ethic. Highly recommended!

April 10, 2011, Carlos managed Sally at Comcast Cable

Home    Profile    Connections    Jobs    Interests

  

Advanced

Business Services    Try Premium for free

Sally is a hands-on, dynamic HR Professional. She was heavily involved with the Recruitment process for Comcast of Northern NJ. She was a pleasure to work with and her working knowledge of HR issues made our collaborative goals easy to achieve.

March 16, 2011, Brent worked directly with Sally at Comcast Cable



**Nancy Burdette, SPHR, GPHR, HCS**
Senior Director, HR Business Partner - Field Network Engineering and Operations at Time Warner Cable.

❝ Sally's high energy and strong internal customer focus always set her apart. I would highly recommend Sally as a HR Business Partner for any organization that is experiencing culture change or employee engagement activities.

March 16, 2011, Nancy managed Sally indirectly at Comcast Cable



**Russell Cook SPHR**
Business Focused HR Professional providing strategic and technical expertise to improving a companies bottom line

❝ Sally is a responsive HR professional who works to keep employees engaged and assist her business partners with effecient and appropriate operation.

March 14, 2011, Russell managed Sally indirectly at Comcast Cable



**Martha Turner Fein**
Trainer at Jaffe & Asher

❝ I worked with Sally at Comcast, where she handled the HR for many of the new hires I trained. Her professionalism, enthusiasm, and knowledge made her a pleasure to work with. She was always available to talk to me or to my new hires, and she made sure to keep track of their progress in the training. Any time there were issues that were related to HR, Sally helped to... **more**

March 14, 2011, Martha worked with Sally at Comcast Cable

---

See More

---

**Connections**

Shared (2)



Keith Bogen, SPHR - MS-H...    1st
Talent Acquisition Leader, Motivational S...



Robin Burgos    1st
Human Resources Director at Maryland ...

---

**Groups**


**ECC Business Alumni**
109 members
Join


**Whine & Dine Networ...**
3,750 members
Join

New Jersey Human R...
1,971 members
Join

KFORCE
**Kforce Professional ...**
20,795 members
Join


**Human Resources M...**
1,424 members
Join


**Business Portugal**
12,900 members
Join

Comcast
**Comcast Leadership ...**
3,882 members
Join

See 7 more

**Following**

Case 2:14-cv-08123-JLL-JAD    Document 10-12    Filed 01/29/15    Page 6 of 6 PageID: 180

Home    Profile   Connections  Insperity  Jobs   Interests

COMCAST

Search   Advanced

Business Services    Try Premium for free

**Comcast Cable**
Telecommunications
Follow

**Insperity**
Human Resources
Follow

## Schools

**Thomas Edison State...**
Greater New York City
Area
Follow

**Essex County College**
Greater New York City
Area
Follow

Help Center  About  Careers  Advertising  Talent Solutions  Sales Solutions  Small Business  Mobile  Language  **Upgrade Your Account**

LinkedIn Corporation © 2014  User Agreement  Privacy Policy  Community Guidelines  Cookie Policy  Copyright Policy  Send Feedback