# EXHIBIT 11

Case 2:14-cv-08123-JLL-JAD    Document 10-13    Filed 01/29/15    Page 2 of 3 PageID: 182

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership?



# Russell A. (Upgrade for full name )

3rd

Senior Area Manager at Performance Foodservice/AFI Foodservice

Parsippany, New Jersey | Food & Beverages

| | |
|---|---|
| Current | Performance Food Group |
| Education | State University of New York College at Buffalo |

**Send Russell InMail** ▾

**68**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

Ads You May Be Interested In

 **Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.

 **The Top Trial Lawyers**
Million Dollar Advocates Forum. Are you qualified for membership?

 **Attorney Leads (Local)**
We Need Local Attorneys Looking for New Clients. Receive $500 in Free Leads

**People Also Viewed**

 **Kevin Moran**
senior area manager at Performance Food Group

 **James Taskalos Jr**
District Sales Manager NYC at Performance Food Service

 **Darlene Gomez**
HR Benefits Coordinator at PFG/AFI Foodservice

 **Meghan Duffy**
Sales at Performance Food Group

 **david sammons**
Area Manager at Performance Food Group

 **Christine Ferris**
Buyer at Performance Food Group

 **Dan Millman**
member at blueradishgroup

**Shy Galor Fieldust**
managing agent at Remik

**Shirley Ozery**
Licensed Real Estate Salesperson at Miron Properties

**Dawn Fallon**
Food Service Operator Specialist KeyImpact Sales & Systems

**How You are Connected**

You

Ceil Mueller

John Lucich

Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free

2 more connections can introduce you to someone who knows Russell

Russell A.

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    Upgrade Your Account

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback