# EXHIBIT 12

New York Attorney: ASAP - Immediate opening for New York attorney. Join now to view cases. | Read More »



## Max B. (Upgrade for full name )    3rd

at  Performance Foodservice AFI

Greater New York City Area | Food & Beverages

| | |
|---|---|
| Current | Performance Food Group |
| Previous | Connollys / Perfect Pint Public House, Performance Food Group, White Beeches Golf & Country Club |
| Education | Quinnipiac University - School of Business |

**Send Max InMail** ▾

**311**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

### Ads You May Be Interested In



**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.    ›



**The Top Trial Lawyers**
Million Dollar Advocates Forum. Are you qualified for membership?



**Attorney Leads (Local)**
We Need Local Attorneys Looking for New Clients. Receive $500 in Free Leads

### People Also Viewed



**Brian Nacht**
Sales Professional at Academia Barilla



**Callie Barkley**
Media Relations Coordinator at Fox Business Network



**Barry Hoffman**
Sales Rep at Bake-N-Joy Foods



**Vincent Gianetti**
Sales and Marketing Associate at Bridgeview Medical Arts and Rehabilitation Center



**Jeffrey Poulos**
Graduate Student at Montclair State University, M.A. Counseling with a Concentration in Higher Education/Student Affairs



**Stephen Bermudez**
Account Manager at Perdue Farms

**Jon Zanghi**
Sales Representative at Acosta Sales & Marketing

**Anthony Minniti**
IT Finance Intern at United Technologies

**William Bekker**
Research Assistant, Economic Studies Program at The Brookings Institution

**Christopher McMahon**
Account Executive at CRA, Transforming IT

### How You âre Connected

You



Home    Profile    Connections    Jobs    Interests

Mike Ford

Phillip Burke

**7 more connections can introduce you to someone who knows Max**

Max B.

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    **Upgrade Your Account**

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback