# EXHIBIT 13

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

## JIE L. ( Upgrade for full name )

3rd

### Food Safety Manager at Firmenich

Greater New York City Area | Food & Beverages

| | |
|---|---|
| Current | Firmenich |
| Previous | PERFORMANCE Foodservice AFI, Baldor Specialty Foods, Inc., Food Safety Reserach Laboratory |
| Education | Rutgers, The State University of New Jersey-New Brunswick |

**Send JIE InMail** ▾

**110**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

### Grow Your Career By Following
## Firmenich



You

Firmenich

Firmenich

Jonathan, get the latest on Firmenich Jobs, News & more!

**Follow**

### People Also Viewed


**Ingrid Rojas**
Quality Assurance at Perdue Farms


**Charissa Sickler**
Quality Assurance Manager at Ragozzino Foods


**Ankush Kukreja**
Quality Control Manager at Setton International Foods, Inc.


**Rochelly Serrano**
Food Safety Manager at Bloomin' Brands


**Robert LoPresti**
Quality Assurance Manager at Expack Seafood, Inc.


**Gregory Adams**
North East Regional Food Safety & Quality Manager at Flying Food Group


**Geetika Duggal**
Quality Assurance & Food Safety Manager at Basic Food Flavors.Inc.

**John Reilly**
Director, Quality Assurance at Daymon Worldwide, Inc.

**Jerry Waters**
QA Manager Poultry Industry

**Kevin Battell**
Quality Assurance Manager at Daymon Worldwide

### How Youâre Connected

You

Dina Cordiano

Dale Snowden

Home     Profile     Connections     Jobs     Interests

Business Services     Try Premium for free

Advanced

**2 more connections can introduce you to someone who knows JIE**



JIE L.

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2014    User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback