# EXHIBIT 14

Roycelynn H. B. | LinkedIn                                                                  https://www.linkedin.com/profile/view?id=34668258&authType=O...

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

# Roycelynn H. B. (See Full Name)

3rd

**Executive Assistant/Office Administrator at Concentra Medical Centers**

Secaucus, New Jersey | Hospital & Health Care

| | |
|---|---|
| Current | Summit Medical Group, The Home Depot |
| Previous | Concentra Medical Centers, AFI Foodservice Distributors, C &S Wholesale Grocers, Inc. |
| Education | Union County College |

**Send Roycelynn H. InMail** ▼

**12**
connections

Full profiles for 3rd-degree connections are available
only to premium account holders.

**Upgrade your account »**

## Ads You May Be Interested In



**New York Attorney: ASAP**
Immediate opening for New York
attorney. Join now to view
cases.



**Attorney Leads (Local)**
We Need Local Attorneys
Looking for New Clients.
Receive $500 in Free Leads



**Are You A Recruiter?**
Grow Your Talent Pipeline
Through 300+ Social Networks.
View Demo!

## People Also Viewed



**Justin Q.**
Student at Union City High School



**Sheila Land**
Executive Administrative Assistant at
UPS



**Sharon Siebert**
Executive Admin Assistant at The
Home Depot



**Jennifer Wecksler**
Executive Assistant at American
Realty Capital



**Sheila Land**
Executive Administrative Assistant at
UPS



**Amaris Acosta**
Administrative~Marketing~Customer~
Event Support



**Lindsay M.**
Executive Assistant

**Jody Matter**
Director Assistant at Target

**Matthew Flynn, PT**
President and COO at Family
Behavioral Resources

**Stephanie Leal**
Executive Assistant at American
Realty Capital

## How Youâre Connected

You

Lisa Fried-Grodin

Christina Stoneburner

1 of 2                                                                                  1/6/2015 11:15 AM

37 more connections can
introduce you to someone who
knows Roycelynn H.



Roycelynn H. B.

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2014   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback