# EXHIBIT 15

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership?

# Dawn D. ( Upgrade for full name )    3rd

Replenishment Lead at US Foods

Greater New York City Area | Wholesale

| | |
|---|---|
| Current | US Foods |
| Previous | PFG/AFI, Roma Foods, Concord Foods, Inc |
| Education | Broward Community College |

**Send Dawn InMail** ▼

**410**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

Ads You May Be Interested In


**Attorney Wanted**
We need attorneys to help our legal clients. Free trial to view cases.


**Attorney Leads (10 Free)**
Attorneys We Need You! Connect to New Clients, Sign Up for 10 Free Leads


**An Online MLS Degree**
Earn an MLS From a Top-20 U.S. Law School. Learn More About @WashULaw Now.

**People Also Viewed**


**Gricelda Gomez**
Senior Buyer at US Foods


**Jodee Mandera**
Regional Sales Manager at The J.M. Smucker Co.


**John Hughes**
Procurement Specialist at Sysco Long Island


**Joyce Heavener**
Buyer at Performance Food Group


**Maria Rodriguez**
Buyer at Glazier Foods Company


**Jim Donatello**
Category Operations Manager at US Foods


**Anthony Granaldi**
Buyer at US Foods

**Elisabeth Jones**
Buyer

**Denise Hernandez**
Buyer at US Foods

**Lily Huang**
Buyer at US FOODS

**How You are Connected**

You

Gary Morales

D'Mar Phillips, MBA, SPHR

≡ ▾

Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free

84 more connections can introduce you to someone who knows Dawn

Dawn D.

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    Upgrade Your Account

LinkedIn Corporation © 2014    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback