# EXHIBIT 16

Attorney Wanted - We need attorneys to help our legal clients. Free trial to view cases. | Read More »

# Phil P. ( Upgrade for full name )

3rd

Sales at Performance Food Group

Greater New York City Area | Food & Beverages

| Current | Performanace Foodservice / AFI |
|---|---|

**Send Phil InMail** ▾

**55**
connections

Full profiles for 3rd-degree connections are available only to premium account holders.

**Upgrade your account »**

## Ads You May Be Interested In



**Leads for Lawyers (Local)**
Need New Clients? We'll Connect You to Prospects. Get 10 Free Leads Today!



**Are You In HR?**
Grow Your Talent Pipeline Through 300+ Social Networks. View Demo!



**Legal Spanish Course**
Perfect your legal Spanish skills w/ AU Law's online course. Enroll today!

## People Also Viewed



**rob kososki**
Marketing Professional



**Joann Donnelly**
--



**jim Sheldon**
executive director at MainStreet Newton



**Ginni Messner**
--



**Chris Smith**
Penske Corporation



**Alan Millard**
Retired Industry Liaison Advisor at Infineum



**Mike Page**
--

**Hank Patterson**
VP Small Business Banker at Bank of America

**Rick Bowden**
Vice President Yield Mgmt at New England Motor Freight

**Chuck Paez**
The Reach Resort, A Waldorf Astoria Resort

## How You âre Connected

You

Jordan Matthews, Esq.

Lisa Brett

≡ ▾

Advanced

Home   Profile   Connections   Jobs   Interests

Business Services   Try Premium for free

4 more connections can
introduce you to someone who
knows Phil

Phil P.

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language ·   **Upgrade Your Account**

LinkedIn Corporation © 2014   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback