# EXHIBIT 17

Case 2:14-cv-08123-JLL-JAD    Document 10-19    Filed 01/29/15    Page 2 of 2 PageID: 200



## Our Operating Divisions

Performance Food Group is a company on the move -- a family of businesses driven to be the very best at what we do.

While PFG may not be a familiar name to most consumers, the fact is, we touch millions of Americans every day, delivering the highest-quality products to restaurants, cafeterias, schools, theaters and every kind of eatery across the nation. Our commitment to innovation and quality, extraordinary customer service and to helping our associates realize the best in themselves, has helped make PFG one of the largest -- and fastest growing -- foodservice distributors in the nation.

PFG is many things to many people, a company with lines of business as diverse as the people who work here -- from our distribution warehouses in Tennessee and seafood facility in Miami to our cheese processing plant in Minnesota. And, when we say we're driven, we really mean it. We operate one of the largest private truck fleets in the country, and our trucks log millions of miles each year.



Through our leading family of foodservice distributors -- Performance Foodservice, Vistar and PFG Customized, our company delivers over 150,000 national and proprietary-branded food and food-related products to more than 150,000 independent and national chain restaurants, quick-service eateries, pizzerias, schools, hotels, health care facilities and other institutions. We're also one of the country's leading candy, snack and beverage distributors -- our products are found in vending machines, concession stands, theaters and big box stores across the United States.

At PFG, we share a passion for excellence --all delivered by a family of dedicated associates who have helped build our company into one of the most respected names in the industry.

Learn more about PERFORMANCE Foodservice »

Learn more about Roma Food »

Learn more about Customized Distribution »

Learn more about Vistar »

©Copyright 2014 Performance Food Group