# EXHIBIT 18


**PERFORMANCE**
FOODSERVICE

# *New Jersey*

*301 Heron Drive*
*Swedesboro, New Jersey 08085*
*(800) 332-6001*
*(856) 467-8100*

Get Directions



## PERFORMANCEconnect now available on iOS and Android

Want to know where your truck is right now? Our FREE mobile app for IOS and Android does that and more. Track your deliveries in real time, plus get recipes, industry ideas, market trends, videos and rebates at any time, from anywhere.

Learn more.

## What's New



To Go, Family Style



Up Your Game With Take Home Caramel Treats       Making

## From Our Suppliers

## For Your Operation

Recipes





## Ideas & Trends
## Save with Deals & Rebates

Start building your business today with ideas, tips, trends and savings.

## KRAFT Premium Products

Quality dining experiences are made with quality ingredients. So it's no surprise KRAFT premium products drive the dishes that delight and keep customers coming back. With a portfolio of high-performing products, unmatched marketing and sales support, and innovative programs designed to grow your business, Kraft Foodservice is committed to your long-term success.

Learn More

© Copyright 2015 PERFORMANCE Foodservice, a Performance Food Group company        Terms of Use & Privacy        Contact Us

Connect:        PFG family of companies:

Case 2:14-cv-08123-JLL-JAD   Document 10-20   Filed 01/29/15   Page 4 of 5 PageID: 204


**PERFORMANCE**
FOODSERVICE

# Our Products & Services

We distribute a broad array of food and food-related products such as baked goods, the choicest cuts of USDA meats, poultry, condiments and even cleaning supplies. We provide high quality products and superior customer service.

## Brands

In addition to carrying nationally known labels, we have developed our own proprietary brand food and food-related products created to meet our customers' specific needs. Check out our brands of distinction.

## PFG oneSource

Running a profitable restaurant is more than just serving up the best specials in town. It takes quality service and a dedicated staff. It requires satisfied customers and sound finances. Sometimes, it necessitates a call for help. We have the solution to helping you increase guest traffic, run your business more efficiently and add to your bottom line - PFG's oneSource. Our innovative program will assist you with time- and cost-saving benefits to ensure a smooth and efficient operation.

## Market Trends

Check our market reports for news and trends on market conditions. Our market reports are updated weekly.

## Other Services

We also offer food cost analysis, usage reports, special orders, rebate tracking, menu planning and much more! Contact us today to learn more about how we can help your operation.

© Copyright 2015 PERFORMANCE Foodservice, a Performance Food Group company     Terms of Use & Privacy     Contact Us

Connect:  😊 📺 in     PFG family of companies:



# Contact Us

Thank you for your interest in Performance Foodservice New Jersey. Please fill out the form below to inquire about our location, and a representative will follow up with your requests or comments shortly.

If you would like to become a customer, please click here and fill out the form to be forwarded directly to a sales representative.

First Name                                                                    *

Last Name                                                                     *

Address

City

State

Zip

Phone

E-mail address                                                                *

Your message                                                                  *

© Copyright 2015 PERFORMANCE Foodservice, a Performance Food Group company    Terms of Use & Privacy    Contact Us

Connect:    PFG family of companies: