# EXHIBIT 19

Case 2:14-cv-08123-JLL-JAD    Document 10-21    Filed 01/29/15    Page 2 of 4 PageID: 207

 **PFG** Performance Food Group

# Company Leadership

## Board of Directors

Doug Steenland
*Chairman*

Bruce McEvoy
*The Blackstone Group*

George Holm
*President & CEO - Performance Food Group*

Jeff Overly
*The Blackstone Group*

Prakash Melwani
*The Blackstone Group*

Tom Hoffman
*EVP - Performance Food Group,*
*Chairman - PFG Customized*

William Dawson
*Wellspring Capital Management*



## Performance Food Group (Corporate)

George Holm
*President & CEO*
*Performance Food Group*

Jim Hope
*EVP, Operations*
*Performance Food Group*

Jim Spatola
*SVP, Procurement*
*Performance Food Group*

Jeff Williamson
*SVP, Operations*
*Performance Food Group*

Bob Evans
*SVP & CFO*
*Performance Food Group*

Carol Price
*SVP, Chief Human Resources Officer*
*Performance Food Group*

Mike Miller
*SVP, General Counsel*
*Performance Food Group*

Terry West
*SVP, Chief Information Officer*
*Performance Food Group*

Kent Berke
*SVP, Business Development*
*Performance Food Group*

Ernie Gilchrist
*SVP, Project Analytics*
*Performance Food Group*

# Operating Divisions Leadership

## PERFORMANCE Foodservice

George Holm

Danny Berry

*President & CEO - Performance Food Group*
*Acting President & CEO - Performance Foodservice*

**Scott Barnewolt**
*Procurement*

**Troy Curtis**
*National Accounts*

**Jane Manion**
*Human Resources*

**Amy Melton**
*Controller*

**Fred Sanelli**
*Marketing*
*& Sales Development*

*Regional President*

**Glenn Blayney**
*Regional President*

**Steve Broad**
*Regional President*

**Joe Copeland**
*Regional President*

**Chuck Cuomo**
*Regional President*

**Joe Davi**
*Regional President*

**Greg Piper**
*Regional President*

## PFG-Customized

**<u>Tom Hoffman</u>**
*EVP - Performance Food Group,*
*Chairman - PFG Customized*

**<u>Craig Hoskins</u>**
*SVP - Performance Food Group,*
*President & CEO - PFG Customized*

**Steve Neely**
*EVP*

**Donny Bain**
*Business Units*

**Kevin Lester**
*Human Resources*

**John Maloney**
*Business Units*

**Robert Provalenko**
*Business Units*

**Jeff Ray**
*National Accounts and*
*Strategic Sourcing*

**Tom Schulthise**
*Purchasing*

**Jeremy Taylor**
*Finance*

**David Wilson**
*Accounting*

## Vistar

**<u>Pat Hagerty</u>**
*SVP - Performance Food Group,*
*President & CEO - Vistar*

**Bob Beck**
*Sales - Hospitality*

**Doug Casserly**
*President - East*

**Eric Cremer**
*Human Resources*

**Shawn Finnerty**
*President - West*

**Jeff Fischer**
*Strategic Development*

**Patrick Hatcher**
*Finance*

**Ann Reidy**
*Merchandising*

**Dan Sullivan**
*Sales - Theater and Concessions*

**Terry Touchton**
*Sales & Marketing*

**Don Bulmer**
*Information Technology*

**Steven Lewis**
*Sales - Retail*

Case 2:14-cv-08123-JLL-JAD Document 10-21 Filed 01/29/15 Page 4 of 4 PageID: 209

### Roma Food

**Louis G. Piancone**
*Chairman Emeritus and Founder*

**Stephen Piancone**
*Sales & Marketing*

### AFFLINK

**Dennis Riffer**
*President*

©Copyright 2014 Performance Food Group