# EXHIBIT 20



**PFG** Performance Food Group

## ROMA Food

Roma Food specializes in distributing Italian and Italian-American food products from our 18 locations across the United States. We provide pizzerias, restaurants and other food/specialty shops unique and exclusive specialty items from mozzarella, to custom blend cheeses, pastas, tomatoes, oils, toppings, flour and pizza boxes. We maintain the highest quality of products and service, and our customers value the unique advantage of doing business with experts in the pizza and Italian field.

Visit RomaFood.com



©Copyright 2014 Performance Food Group



**PFG** Performance Food Group

**Increase Traffic and Build Loyalty**

Performance Foodservice
Restaurant Marketing Program Reduces Time and Effort to Manage Websites, Mobile Marketing, Social Media and Traditional Print
Learn More

**Latest Feature**
Old World Flavor meets Uptown style with our new frozen Piancone pastas.
Learn More



**Sixteen Weeks. A Thousand Thanks.**
Grazie Mille Giveaway Delivers Vespas® and Fiats® to Winning Customers
Learn More



©Copyright 2014 | ROMA Food is part of  |