# EXHIBIT 21

Jobs    Companies    Salaries    Interviews          Search...                    Employers    Post a Job    Sign In

Add Photos

## Performance Food Group
www.pfgc.com

| 36 | 30 | 5 |
|---|---|---|
| Reviews | Salaries | Interviews |

ULINE
APPLY ONLINE TODAY!
BREINIGSVILLE, PA
CUSTOMER SERVICE POSITIONS

### Performance Food Group Jobs & Careers in Swedesboro, NJ          Hiring? Post a Job

**12 job openings**    Back to all jobs

| Job Title | Swedesboro, NJ | Go |
|---|---|---|

**Show:** All Results    Last 7 Days    Within 25...

**IT Manager**                                                           13 days ago
**Equity Trust Company** — Wilmington, DE
Energy! Excitement! Growth! Did you know you can own a piece of Real Estate, a tax lien, precious metals or private placements, all tax advantaged in… Equity Trust Company
Sponsored by Equity Trust Company

**Specialist, Inside Sales & Marketing** – new                            14 hrs ago
**Performance Food Group** — Swedesboro, NJ
* Resolves problems and provides support to sales management as needed. * Creates reports and forms using personal computer… Glassdoor

**Delivery Driver - Class A**                                             30+ days ago
**Performance Food Group** — Swedesboro, NJ
* 1 Year of driving experience operating tractor trailers with a CDL Class A License is required. * You will need… Glassdoor

**Credit Coordinator**                                                    30+ days ago
**Performance Food Group** — Swedesboro, NJ
Great food and great careers - this is what Performance Food Group brings to the table. PFG is one of the largest foodservice distributors in the… Glassdoor

**Credit Manager**                                                        30+ days ago
**Performance Food Group** — Swedesboro, NJ
• Ensures appropriate legal recourse is pursued. • Provides guidance, training and coaching employees to ensure established work performance… Glassdoor

**HR Director**                                                           30+ days ago
**Performance Food Group** — Swedesboro, NJ
This position performs senior level HR generalist duties and is based in a warehouse/distribution facility that operates 24/7 six days per week and… Glassdoor

**Regional HR Manager**                                                   8 days ago
**Performance Food Group** — Swedesboro, NJ
Vistar is a leading national distributor of candy, snacks, and beverages to vending and office coffee service distributors, big box retailers, and… Glassdoor

**Staff Accountant** – new                                               14 hrs ago
**Performance Food Group** — Swedesboro, NJ
of the Finance/Accounting Department. • Prepares and posts journal entries. • Prepares and analyzes account/bank reconciliations. • Prepares reports… Glassdoor

**Featured Jobs**          Post a Job

RESIDENTIAL SALES ASSOCIATE
Home Depot — Mantua, NJ

Application Developer
Gap International — Springfield, PA

Commercial Collections Specialist
Swift Capital — Wilmington, DE

Customs Business Development Specialist
DHL Express — Sharon Hill, PA

Oracle Database Administrator
Fiberlink — Philadelphia, PA

**Performance Food Group Benefits**          All Benefits

Employees rate Performance Food Group -1.1% below average for Compensation & Benefits

+ Add Benefit

**Similar Companies**

Sysco Jobs
304 Reviews

Work in HR or Recruiting?



### Delivery Driver
**Performance Food Group** – Elkton, MD                     21 days ago

Performance Food Group is currently seeking experienced Class A Delivery Drivers for our Custom
Elkton, Maryland Distribution Center. We are… Glassdoor



### Shipping Manager, 2nd Shift
**Performance Food Group** – Elkton, MD                     30+ days ago

The Warehouse Shipping Manager is responsible for managing all warehouse
shipping functions (i.e. order selection, truck loading, personnel, quality…
Glassdoor



### Forklift Operator
**Performance Food Group** – Elkton, MD                     9 days ago

• Manually loads or unloads materials onto or off pallets, skids, platforms, or lifting
devises. • Weighs materials or products, and record weight… Glassdoor



### Investment Consultant
**Scottrade** – Media, PA                                  30+ days ago

Our Investment Consultants are the force driving Scottrade's financial services
network. Consultants partner with clients guiding them on… Scottrade
Sponsored by Scottrade



### Supply Quality Leader
**Campbell's Soup** – Camden, NJ                            30+ days ago

The Supply Quality Leader will partner with Campbell North America (CNA),
Global Quality, Procurement, Supply Chain, Research & Development, and…
Campbell's Soup
Sponsored by Campbell's Soup

Updated Jan 21, 2015                                        | 1 | 2 |  |  |

---

## Performance Food Group Reviews

Rating Trends          **2.6**                36 Reviews

**31%** Recommend to a friend      **86%** Approve of CEO      George L. Holm   15 Ratings

Jan 20, 2015



### "Good Pay if you want to work the hours."

Current Employee - Driver Helper in Temple, TX

I have been working at Performance Food Group

**Pros**     Good benefits and potential to earn good money.

**Cons**     Very hard physical work, and limited family time. Even if you have free time/ day off , you
are too … More

**Advice**   Treat us as if we are humans and that we matter, along with our families.

Recommends              Negative Outlook              CEO

---

## Other Companies to Explore



McLane
Foodservice



Sysco

The Sysco Story Building customer

---



**US FOODS**   US Foods Jobs
               298 Reviews

**VISTAR**     Vistar Corporation Jobs
               15 Reviews

               PepsiCo Jobs
               2,040 Reviews

---

## Related Job Search

Truck Driver jobs
**Truck Driver salaries ($49k)**

Delivery Driver jobs
**Delivery Driver salaries ($40k)**

District Sales Representative jobs
**District Sales Representative salaries ($70k)**

Driver jobs
**Driver salaries ($48k)**

---

## Jobs by Title

Software Engineer Jobs

Manager Jobs

Project Manager Jobs

Senior Software Engineer Jobs

Consultant Jobs

Senior Consultant Jobs

Analyst Jobs

Associate Jobs

Director Jobs

Intern Jobs

Engineer Jobs

Business Analyst Jobs

Vice President Jobs

Product Manager Jobs

Program Manager Jobs

Work in HR or Recruiting?

Case 2:14-cv-08123-JLL-JAD   Document 10-23   Filed 01/29/15   Page 4 of 4 PageID: 216

## Work at Performance Food Group? Share Your Experiences

### Performance Food Group

**Click to Rate**

Start your review...

or

Add Salary

Add Benefits

Add Interview Experience

12 Performance Food Group jobs in Swedesboro, NJ, including salaries, reviews, and other job information posted anonymously by Performance Food Group employees in Swedesboro. Find Performance Food Group Swedesboro jobs on Glassdoor. Get hired. Love your job.

| Glassdoor | Employers | Community | Work With Us | United States |
|---|---|---|---|---|
| About Us | Talent Solutions | Help / FAQ | Job Boards | |
| Careers | Employer Center | Guidelines | Advertisers | |
| Blog | Post a Job | Privacy & Cookies | Developers | |
| Feedback | | Terms of Use | | |

Salaries by Job   Salaries by Company   Salaries by City   Reviews by Company   Interview Questions by Job   Interviews by Company   Jobs by Title   Jobs by Company   Jobs by City

Copyright © 2008–2015, Glassdoor. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?