# EXHIBIT 22

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100098083

```
Status Report For:      PERFORMANCE FOOD GROUP, INC.
Report Date:            1/7/2015
Confirmation Number:    5007579624
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0100098083
Business Type:          FOREIGN PROFIT CORPORATION
Status:                 ACTIVE
Original Filing Date:   10/05/1979
Stock Amount:           N/A
Home Jurisdiction:      CO
Status Change Date:     02-27-2008
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start    N/A
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:    OCTOBER
Last Annual Report      09/28/2014
Filed:
Year:                   2014
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                  NATIONAL REGISTERED AGENTS, INC. OF NJ
Agent/SOP Address:      100 CANAL POINTE BLVD. SUITE
                        212,PRINCETON,NJ,08540
Address Status:         DELIVERABLE
Main Business Address:  12500 WEST CREEK PARKWAY,RICHMOND,VA,23238
Principal Business      301 HERON DRIVE,SWEDESBORO,NJ,08085
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:        VSA - MID ATLANTIC
Type:                   FC
```

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100098083

| | |
|---|---|
| Associated Name: | V S A, INC. |
| Type: | PV |
| Associated Name: | MULTIFOODS DISTRIBUTION GROUP INC. |
| Type: | PV |
| Associated Name: | VISTAR CORPORATION |
| Type: | FN |
| Associated Name: | VISTAR/ROMA OF MIDATLANTIC |
| Type: | FC |
| Associated Name: | VISTAR/VSA, INC. |
| Type: | PV |
| Associated Name: | ROMA OF NEW JERSEY |
| Type: | FC |
| Associated Name: | PERFORMANCE FOODSERVICE - METRO |
| Type: | FC |
| Associated Name: | VISTAR |
| Type: | FC |
| Associated Name: | PERFORMANCE FOODSERVICE |
| Type: | FC |
| Associated Name: | PERFORMANCE FOODSERVICE/ROMA - NEW JERSEY |
| Type: | FC |
| Associated Name: | VISTAR MID-ATLANTIC |
| Type: | FC |
| Associated Name: | VISTAR NEW YORK |
| Type: | FC |

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | CHIEF EXEC. OFFICER (CEO) |
| Name: | HOLM,GEORGE |
| Address: | 12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238 |
| Title: | SECRETARY |
| Name: | MILLER,MICHAEL |
| Address: | 12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238 |
| Title: | OTHER |
| Name: | EVANS,ROBERT |
| Address: | 12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238 |
| Title: | TREASURER |
| Name: | FENDER,JEFFERY |
| Address: | 12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238 |

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100098083

```
Title:                  OTHER
Name:                   BERKE,KENT
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
Title:                  OTHER
Name:                   PRICE,CAROL
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
Title:                  OTHER
Name:                   STEENLAND,DOUGLAS
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
Title:                  OTHER
Name:                   MCEVOY,BRUCE
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
Title:                  OTHER
Name:                   OVERLY,JEFFREY
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
Title:                  OTHER
Name:                   HOFFMAN,THOMAS
Address:                12500 WEST CREEK PARKWAY ,RICHMOND,VA 23238
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
        Original Filing        1979
        (Certificate)Date:
```

Changes and Amendments to the Original Certificate:

```
    Filing Type           Year Filed
    NAME CHANGE           2011
    NAME CHANGE           2003
    NAME CHANGE           1999
    MERGER                2008
```

**New Jersey Business Gateway**
**Business Entity Information and Records Service**
Business Id : 0100098083

| | |
|---|---|
| MERGER | 1999 |
| CHANGE OF AGENT AND OFFICE | 2008 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2014 |
| ALTERNATE NAME FILING | 2011 |
| ALTERNATE NAME FILING | 2005 |
| ALTERNATE NAME FILING | 1982 |
| ALTERNATE NAME RENEWAL | 2010 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.