# EXHIBIT 23

August 28, 2014  10:01 AM

State of New Jersey
Government Records Request
Receipt

Page: 1 of 2

| **Requestor Information** | |
|---|---|
| Jonathan Meyers | |
| Meyers Fried-Grodin, LLP | |
| 520 Speedwell Avenue | |
| Morris Plains, NJ 07950 | |
| | |
| JMeyers@MfgLegal.com | |
| 973-453-4847 | |
| | |
| Request Date: August 13, 2014 | |
| Maximum Authorized Cost: | |
| Email | |

Request Number: C89241

Request Status: Filled Closed

Ready Date: August 28, 2014

Custodian Contact Information
Division of Wage & Hour Compliance

Records Custodian

John Fitch Plaza
PO Box 389
Trenton, NJ 08625-0389
Debra.Dobo@dol.state.nj.us
609-292-7880
By

**Status of Your Request**

Your request for government records (# C89241) from the Division of Wage & Hour Compliance has been reviewed and has been Filled Closed. Detailed information as to the availability of the documents you requested appear below and on following pages as necessary.

The cost and any balance due for this request is shown to the right. Any balance due must be paid in full prior to the release / mailing of the documents.

If you have any questions related to the disposition of this request please contact the Custodian of Records for the Division of Wage & Hour Compliance. The contact information is in the column to the right. Please reference your request number in any contact or correspondence.

Cost Information

Total Cost:                    $0.00

Deposit:                       $0.00

Total Amount Paid:             $0.00

Balance Due:                   $0.00

Document Detail

| Div | Doc # | Doc Name | Redaction Req | Pages | Legal Size | Electronic Media | Other Cost |
|---|---|---|---|---|---|---|---|
| WHC | 01 | Performance Food Services AFI GE-2078-0811-REY | Y | 26 | N | Y | |
| | | Redactions Include: Federal Employer Identification Numbers, Bank Account Numbers, Insurance Policy Numbers, Home Addresses and Personal Telephone Numbers N.J.S.A. 47:1A-1 Reasonable Expectation of Privacy; Social Security Numbers N.J.S.A. 47:1A-1.1 Personal Identifying Information | | | | | |
| WHC | 02 | Performance Transportation LLC (Performance Food Service AFI) claim 365256 no violations | Y | 15 | N | Y | |

August 28, 2014   10:01 AM

State of New Jersey

Government Records Request

Receipt

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Redactions Include:  Federal Employer Identification Numbers, Bank Account Numbers, Insurance Policy Numbers, Home Addresses and Personal Telephone Numbers N.J.S.A. 47:1A-1 Reasonable Expectation of Privacy; Social Security Numbers N.J.S.A. 47:1A-1.1 Personal Identifying Information | | | | |
| WHC | 03 | Roma and/or Roma of New Jersey | N | | N | N |
| | | Denial: 01.Not Made, Maintained, Filed or Received by Division --- no record | | | | |

Attached are the documents in response to your request.

Your request for government records (# C89241) is as follows:

August 13, 2014...Re: Roma (a/k/a) Roma of New Jersey...I write to request pursuant to the New Jersey Open Public Records Act...a copy of the following regarding a business called Roma...investigation file (s),notes,statements,recordings,and/or documents, electronic information of any kind regarding any claims for unpaid wages...against Roma between 1/1/2010 and the present; files,notes,statements,recordings and/ordocuments or electronic information of any kind concerning any wage/hour audits between 1/1/2010 and the present; all correspondence regarding the propriety of the company's method of paying its employees between 1/1/2010 and the present...



# State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

# FINAL ORDER

New Jersey Department of Labor and Workforce Development

September 16, 2011

v.

Case No. GE-2078-0811-REY

Michael Irwin, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

On August 17, 2011 the Division of Wage and Hour Compliance, pursuant to Public Law 1991, Chapter 205, issued formal notification assessing an administrative fee, penalty and/or wages, as cited below. Payment of the assessment by certified check or money order payable to the Commissioner of Labor and Workforce Development was to be received by the Division of Wage and Hour Compliance, P. O. Box 389, Trenton, New Jersey 08625-0389 within fifteen (15) days of the notification.

| | |
|---|---|
| Wages: | $0.00 |
| Administrative Fee: | $0.00 |
| Administrative Penalty: | $1,000.00 |

Failure to comply with this notice has resulted in a Final Administrative Order being entered against you;

Therefore, it is ORDERED that payment be made to the Commissioner of Labor and Workforce Development, Division of Wage and Hour Compliance within ten (10) days of this order.

Further, failure to comply with this Final Administrative Order will result in a certified copy of the Final Order being filed with the Clerk of the Superior Court of New Jersey in Trenton, and further, pursuant to the Penalty Enforcement Act, P.L. 1999 C.274, the Commissioner of Labor and Workforce Development will obtain a judgment for the purpose of recovery of monies due plus costs and any other such relief as may be appropriate including wages, administrative penalties and administrative fees. The judgment will be enforced upon any of the defendant's real or personal property. Signed this September 16, 2011 pursuant to the authority herein vested in me by law.

Harold J. Wirths, Commissioner
Department of Labor and Workforce Development
By:
Robert E. Gaines, Director
Division of Wage and Hour Compliance

The undersigned does hereby certify that this is a true and correct copy of the original Final Order filed with the New Jersey Department of Labor and Workforce Development, Division of Wage and Hour Compliance, P.O. Box 389, Trenton, New Jersey on September 16, 2011.

Section Chief
General Enforcement Section
609-292-2305
609-695-1174 (Fax)



# State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

## FINAL ORDER

New Jersey Department of Labor and Workforce Development

September 16, 2011

v.

Case No. GE-2078-0811-REY·

Michael Irwin, President and Individually, and
Performance Foodservice AFI



On August 17, 2011 the Division of Wage and Hour Compliance, pursuant to Public Law 1991, Chapter 205, issued formal notification assessing an administrative fee, penalty and/or wages, as cited below. Payment of the assessment by certified check or money order payable to the Commissioner of Labor and Workforce Development was to be received by the Division of Wage and Hour Compliance, P. O. Box 389, Trenton, New Jersey 08625-0389 within fifteen (15) days of the notification.

| | |
|---|---|
| Wages: | $0.00 |
| Administrative Fee: | $0.00 |
| Administrative Penalty: | $1,000.00 |

Failure to comply with this notice has resulted in a Final Administrative Order being entered against you;

Therefore, it is ORDERED that payment be made to the Commissioner of Labor and Workforce Development, Division of Wage and Hour Compliance within ten (10) days of this order.

Further, failure to comply with this Final Administrative Order will result in a certified copy of the Final Order being filed with the Clerk of the Superior Court of New Jersey in Trenton, and further, pursuant to the Penalty Enforcement Act, P.L. 1999 C.274, the Commissioner of Labor and Workforce Development will obtain a judgment for the purpose of recovery of monies due plus costs and any other such relief as may be appropriate including wages, administrative penalties and administrative fees. The judgment will be enforced upon any of the defendant's real or personal property. Signed this September 16, 2011 pursuant to the authority herein vested in me by law.

Harold J. Wirths, Commissioner
Department of Labor and Workforce Development
By:
Robert E. Gaines, Director
Division of Wage and Hour Compliance

The undersigned does hereby certify that this is a true and correct copy of the original Final Order filed with the New Jersey Department of Labor and Workforce Development, Division of Wage and Hour Compliance, P.O. Box 389, Trenton, New Jersey on September 16, 2011.

Section Chief
General Enforcement Section
609-292-2305
609-695-1174 (Fax)



## State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

# FINAL ORDER

New Jersey Department of Labor and Workforce Development

September 16, 2011

v.

Case No. GE-2078-0811-REY

Charles Cuomo, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

On August 17, 2011 the Division of Wage and Hour Compliance, pursuant to Public Law 1991, Chapter 205, issued formal notification assessing an administrative fee, penalty and/or wages, as cited below. Payment of the assessment by certified check or money order payable to the Commissioner of Labor and Workforce Development was to be received by the Division of Wage and Hour Compliance, P. O. Box 389, Trenton, New Jersey 08625-0389 within fifteen (15) days of the notification.

| | |
|---|---|
| Wages: | $0.00 |
| Administrative Fee: | $0.00 |
| Administrative Penalty: | $1,000.00 |

Failure to comply with this notice has resulted in a Final Administrative Order being entered against you;

Therefore, it is ORDERED that payment be made to the Commissioner of Labor and Workforce Development, Division of Wage and Hour Compliance within ten (10) days of this order.

Further, failure to comply with this Final Administrative Order will result in a certified copy of the Final Order being filed with the Clerk of the Superior Court of New Jersey in Trenton, and further, pursuant to the Penalty Enforcement Act, P.L. 1999 C.274, the Commissioner of Labor and Workforce Development will obtain a judgment for the purpose of recovery of monies due plus costs and any other such relief as may be appropriate including wages, administrative penalties and administrative fees. The judgment will be enforced upon any of the defendant's real or personal property. Signed this September 16, 2011 pursuant to the authority herein vested in me by law.

Harold J. Wirths, Commissioner
Department of Labor and Workforce Development
By:
Robert E. Gaines, Director
Division of Wage and Hour Compliance

The undersigned does hereby certify that this is a true and correct copy of the original Final Order filed with the New Jersey Department of Labor and Workforce Development, Division of Wage and Hour Compliance, P.O. Box 389, Trenton, New Jersey on September 16, 2011.

Section Chief
General Enforcement Section
609-292-2305
609-695-1174 (Fax)



# State of New Jersey

### DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

## FINAL ORDER

New Jersey Department of Labor and Workforce Development

September 16, 2011

v.

Case No. GE-2078-0811-REY

Charles Cuomo, President and Individually, and
Performance Foodservice AFI



On August 17, 2011 the Division of Wage and Hour Compliance, pursuant to Public Law 1991, Chapter 205, issued formal notification assessing an administrative fee, penalty and/or wages, as cited below. Payment of the assessment by certified check or money order payable to the Commissioner of Labor and Workforce Development was to be received by the Division of Wage and Hour Compliance, P. O. Box 389, Trenton, New Jersey 08625-0389 within fifteen (15) days of the notification.

| | |
|---|---|
| Wages: | $0.00 |
| Administrative Fee: | $0.00 |
| Administrative Penalty: | $1,000.00 |

Failure to comply with this notice has resulted in a Final Administrative Order being entered against you;

Therefore, it is ORDERED that payment be made to the Commissioner of Labor and Workforce Development, Division of Wage and Hour Compliance within ten (10) days of this order.

Further, failure to comply with this Final Administrative Order will result in a certified copy of the Final Order being filed with the Clerk of the Superior Court of New Jersey in Trenton, and further, pursuant to the Penalty Enforcement Act, P.L. 1999 C.274, the Commissioner of Labor and Workforce Development will obtain a judgment for the purpose of recovery of monies due plus costs and any other such relief as may be appropriate including wages, administrative penalties and administrative fees. The judgment will be enforced upon any of the defendant's real or personal property. Signed this September 16, 2011 pursuant to the authority herein vested in me by law.

Harold J. Wirths, Commissioner
Department of Labor and Workforce Development
By:
Robert E. Gaines, Director
Division of Wage and Hour Compliance

The undersigned does hereby certify that this is a true and correct copy of the original Final Order filed with the New Jersey Department of Labor and Workforce Development, Division of Wage and Hour Compliance, P.O. Box 389, Trenton, New Jersey on September 16, 2011.

Section Chief
General Enforcement Section
609-292-2305
609-695-1174 (Fax)





RECEIVED
DIVISION OF WAGE
AND HOUR COMPLIANCE

2011 SEP -1  PM 2: 10

**VIA FEDEX (TRACKING NO. 797472529759)**
**AND EMAIL TO**
**WAGE.HOUR@DOL.STATE.NJ.US**

**Reply To:**
Robert B. Kirsh
Director, Product Management
Money Network
7000 Goodlett Farms Parkway, Third Floor
Cordova, TN 38016-4923
(901) 381-5470
rob.kirsh@firstdata.com

August 31, 2011

Department of Labor and Workforce Development
Division of Wage and Hour Compliance
P.O. Box 389
Trenton, NJ 08625-0389

*Re: GE-2078-0811-REY*

Dear Sir or Madam:

Our client, Performance Foodservice AFI ("**Performance**"), asked us to provide additional information and clarification regarding the alleged violations of N.J.S.A. § 12:55-2.4(i) contained in the above-referenced matter. First Data's Money Network provides the ADP TotalPay Card and Money Network Check Program (the "**Service**") to Performance.

Please rest assured that Performance is offering the following payroll-distribution options to its employees: (A) Using the Service, through (i) a Money Network Check that meets the requirements of § 12:55-2.4(d) (the "**Money Network Check**"), and (ii) an optional-use Visa debit paycard, in compliance with § 12:55-2.4(i); or, alternatively, (B) Direct Deposit to the employee's personal bank account, in compliance with 12:55-2.4(h). As further described below, these options offer employees access to their full wages without incurring a fee.

Performance's employees can always access their to-the-penny wages, free of charge, by depositing their completed Money Network Check into a bank account, using it to make payments to third parties (*e.g.*, their landlord, for utilities, *etc.*), or, in compliance with § 12-55:2.4(d), by having it cashed, free of charge, at our national network of check cashers, including ten (10) locations within 4.29 miles of Performance's Elizabeth location. Money Network Checks are free to obtain, authorize, and cash, and are more convenient than traditional paychecks because the employee does not have to pick up their check on payday, pay for it to be cashed, or even be in New Jersey to authorize and cash it (*e.g.*, if they were on vacation in California on payday, they could authorize a Money Network Check and cash it, free of charge, at any California Walmart store).



Inclusion within the Service of the Money Network Check is an important distinction. Because the Money Network Check offers free, to-the-penny access, and meets the definition of § 12:55-2.4(d), the Service is distinct from the connotation of § 12:55-2.4(i) in that it does not rely solely on a "Payroll Debit Card," as defined in § 12:55-1.2, as the only means of accessing an employee's wages.

To clarify the options delineated in §§ 12:55-2.4(d), (h), and (i), Performance is willing to revise its employee-communication materials regarding payroll-distribution options to include the substance of the enclosed Pay Selection Form.

If I may answer any questions or concerns you have, or provide you with further details, by mail, by email, by phone, or in person, please do not hesitate to ask. My contact information is printed above.


Very truly yours,

FIRST DATA

Robert B. Kirsh
Director, Product Management
Money Network


cc:      Lora G. Ferguson, Corporate Payroll Manager, Performance Food Group, 12500 West
         Creek Parkway, Richmond, VA 23238

9-18

## State of New Jersey

### DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

August 17, 2011

Charles Cuomo, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

Re: GE-2078-0811-REY

Dear Charles Cuomo:

On July 27, 2011, the Division of Wage and Hour Compliance conducted an inspection of your firm. It has been determined that you are in violation of Title 34 which provides that any person who violates any provision of the New Jersey Wage and Hour Law or regulations may be prosecuted, fined, and/or penalized. In addition, the Commissioner of Labor and Workforce Development has the authority to assess administrative fees based on the amount of wages due (Public Law 1991, Chapter 205 effective July 12, 1991). As a result of our inspection, you may be liable for a Penalty or both a Penalty and Administrative Fee.

Under the provisions of N.J.S.A. 34:11-4.1, an employer is any individual, partnership, association, joint stock company, trust, corporation, the administrator or executor of the estate of a deceased individual, or the receiver, trustee, or successor of any of the same, employing any person in this state. For the purpose of this act, the officers of a corporation and any agents having the management of such corporation shall be deemed the employers of the employees of the corporation.

**Penalty:** The attached Assessment Form provides a brief explanation of each violation, the section of law or regulation violated, and the penalty amount which has been assessed.

**Administrative Fee:** If you are also being assessed an Administrative Fee, the fee is equal to a percentage of the amount of gross wages due employees and is based on your history of violations: 10% for the first violation, 18% for the second violation, and 25% for the third and subsequent violations. If our records indicate that wages due employees have not yet been paid in full, a Wages Due Form is attached. You are required to enter the deductions and net amount.

**You Must Respond to this Notice within 15 Days of the above Date:**

1.  If you do not wish to contest the Wages, Administrative Fee, and/or Penalty, complete the bottom section of the Assessment Form and submit payment within 15 days of the above date. If employee wages are still outstanding, you are responsible for making direct payment to each employee. (*See Instructions for making payment to current and former employees.*) Enter the deductions and net amount for each employee on the attached Wages Due Form and submit copies of the check(s) to this office.

2.  If you wish to contest the Wages, Administrative Fee, and/or Penalty, complete the bottom section of the Assessment Form and return within 15 days of the above date. A Division Representative will contact you by telephone to hold an informal conference to discuss your case. If your case cannot be resolved over the telephone, we will schedule you for a hearing in Trenton and send you written notification regarding your hearing.

If you have questions about completing the attached form(s), contact this office Monday to Friday, 8:30 am to 4:30 pm.

Sincerely,

Section Chief
General Enforcement Section
609-292-2305

7010 1060 0002 2322 1119



Assessment Form

Case No.  GE-2078-0811-REY       Performance Foodservice AFI

Violation(s) of New Jersey Statutes Annotated (N.J.S.A.) and/or New Jersey Administrative Code (N.J.A.C):

| Violation | Citation No. | Penalty |
|---|---|---|
| Time & Mode of Payment | 12:55-2.4(i) | 1,000.00  *(violation)* |

**Amount(s) outstanding:**

| | |
|---|---|
| Wages | $0.00 |
| Administrative Fee (0% of Wages) | $0.00 |
| Penalty | $1,000.00 |

## Instructions

1.  Payment of Wages Due - **Pay employees direct**. Enter the deductions and net amount for each employee on the attached Wages Due Form. Submit copies of the check(s) to this office.

    **Current Employee:**  Make check payable to **employee** (*Ex: Jane Doe*) and issue check to employee.

    **Former Employee:**  Make check payable to **employee or Commissioner of LWD** (*Ex: Jane Doe or Commissioner of LWD*) and mail check to employee's last known address. If the check is returned as undeliverable, forward employee check to the Division of Wage and Hour Compliance (mailing address is listed below) to be held in trust for that employee. Include employee number or case number on return check.

2.  Payment of the Administrative Fee and Penalty - Make your check payable to the Commissioner of Labor and Workforce Development. Include the case number on check.

3.  Check the appropriate box below. Detach form and mail with your remittance, the completed Wages Due Form (if applicable), and copies of employee checks (if applicable) to:

    Division of Wage and Hour Compliance
    PO Box 389
    Trenton, NJ 08625-0389
    Fax (609) 695-1174

----------------------------------Detach and Return to Division of Wage and Hour Compliance----------------------------------
Case No. GE-2078-0811-REY                                                                    8/17/2011

Charles Cuomo, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

❑   I am submitting payment for the Administrative Fee and/or Penalty.  If wages are still due employees, I have paid the employees directly. I have completed the Wages Due Form, and I am submitting copies of the employee checks.

❑   I am contesting the Wages, Administrative Fee, and/or Penalty, and I am requesting a telephone conference to discuss my case because (explain briefly):

Print Name: _____     Phone: (_____)_____

Title: _____     Fax: (_____)_____

Signature: _____  Date: _____     E-Mail: _____



# State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

August 17, 2011

Michael Irwin, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

Re: GE-2078-0811-REY

Dear Michael Irwin:

On July 27, 2011, the Division of Wage and Hour Compliance conducted an inspection of your firm. It has been determined that you are in violation of Title 34 which provides that any person who violates any provision of the New Jersey Wage and Hour Law or regulations may be prosecuted, fined, and/or penalized. In addition, the Commissioner of Labor and Workforce Development has the authority to assess administrative fees based on the amount of wages due (Public Law 1991, Chapter 205 effective July 12, 1991). As a result of our inspection, you may be liable for a Penalty or both a Penalty and Administrative Fee.

Under the provisions of N.J.S.A. 34:11-4.1, an employer is any individual, partnership, association, joint stock company, trust, corporation, the administrator or executor of the estate of a deceased individual, or the receiver, trustee, or successor of any of the same, employing any person in this state. For the purpose of this act, the officers of a corporation and any agents having the management of such corporation shall be deemed the employers of the employees of the corporation.

**Penalty:** The attached Assessment Form provides a brief explanation of each violation, the section of law or regulation violated, and the penalty amount which has been assessed.

**Administrative Fee:** If you are also being assessed an Administrative Fee, the fee is equal to a percentage of the amount of gross wages due employees and is based on your history of violations: 10% for the first violation, 18% for the second violation, and 25% for the third and subsequent violations. If our records indicate that wages due employees have not yet been paid in full, a Wages Due Form is attached. You are required to enter the deductions and net amount.

## You Must Respond to this Notice within 15 Days of the above Date:

1.   If you do not wish to contest the Wages, Administrative Fee, and/or Penalty, complete the bottom section of the Assessment Form and submit payment within 15 days of the above date. If employee wages are still outstanding, you are responsible for making direct payment to each employee. (*See Instructions for making payment to current and former employees.*) Enter the deductions and net amount for each employee on the attached Wages Due Form and submit copies of the check(s) to this office.

2.   If you wish to contest the Wages, Administrative Fee, and/or Penalty, complete the bottom section of the Assessment Form and return within 15 days of the above date. A Division Representative will contact you by telephone to hold an informal conference to discuss your case. If your case cannot be resolved over the telephone, we will schedule you for a hearing in Trenton and send you written notification regarding your hearing.

If you have questions about completing the attached form(s), contact this office Monday to Friday, 8:30 am to 4:30 pm.

Sincerely,

Section Chief
General Enforcement Section
609-292-2305

Assessment Form                                                              8/17/2011

Case No.  GE-2078-0811-REY      Performance Foodservice AFI

Violation(s) of New Jersey Statutes Annotated (N.J.S.A.) and/or New Jersey Administrative Code (N.J.A.C):

| Violation | Citation No. | Penalty |
|---|---|---|
| Time & Mode of Payment | 12:55-2.4(i) | 1,000.00  (violation) |

**Amount(s) outstanding:**

| Wages | $0.00 |
|---|---|
| Administrative Fee (0% of Wages) | $0.00 |
| Penalty | $1,000.00 |

### Instructions

1. Payment of Wages Due - **Pay employees direct**. Enter the deductions and net amount for each employee on the attached Wages Due Form. Submit copies of the check(s) to this office.

   **Current Employee:**  Make check payable to **employee** (*Ex: Jane Doe*) and issue check to employee.

   **Former Employee:**  Make check payable to **employee or Commissioner of LWD** (*Ex: Jane Doe or Commissioner of LWD*) and mail check to employee's last known address. If the check is returned as undeliverable, forward employee check to the Division of Wage and Hour Compliance (mailing address is listed below) to be held in trust for that employee. Include employee number or case number on return check.

2. Payment of the Administrative Fee and Penalty - Make your check payable to the Commissioner of Labor and Workforce Development. Include the case number on check.

3. Check the appropriate box below. Detach form and mail with your remittance, the completed Wages Due Form (if applicable), and copies of employee checks (if applicable) to:

   Division of Wage and Hour Compliance
   PO Box 389
   Trenton, NJ 08625-0389
   Fax (609) 695-1174

------------------------------Detach and Return to Division of Wage and Hour Compliance------------------------------

Case No. GE-2078-0811-REY                                                  8/17/2011

Michael Irwin, President and Individually, and
Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

❏  I am submitting payment for the Administrative Fee and/or Penalty.  If wages are still due employees, I have paid the employees directly. I have completed the Wages Due Form, and I am submitting copies of the employee checks.

❏  I am contesting the Wages, Administrative Fee, and/or Penalty, and I am requesting a telephone conference to discuss my case because (explain briefly):

Print Name: _____        Phone: (____)_____

Title: _____        Fax: (____)_____

Signature: _____ Date: _____        E-Mail: _____

DIVISION OF WAGE AND HOUR COMPLIANCE

PUBLIC CONTRACTS & GENERAL ENFORCEMENT

REVIEW SHEET

CASE NUMBER          6E-2078-0811-RSY

Employer No.

FEIN

Project

Project Address

Public Body

SEND INITIAL ASSESSMENT LETTER TO:

Trade Name          Performance    Food Service

Pres./CEO/Owner's Name

Mailing Address

City          State          Zip

## WAGES / ADMINISTRATIVE FEE / PERCENTAGE / PENALTY INFORMATION

INITIAL WAGES:

    INITIAL %

INITIAL ADMINISTRATIVE FEE:

INITIAL PENALTY:          1000

    TOTAL:

REMARKS:

12:55-2.4(i) - 1000

Date of Inspection                                   Review Date

Field Representative

Field Report #                                       Reviewer

MW-81 (R-2-08) Division of Wage and Hour Compliance

MW-169 (R-7-08)

DIVISION OF WAGE AND HOUR COMPLIANCE

FIELD REPRESENTATIVE'S REPORT - GE

Employer No. 633827

FEIN / SSN _____

Reason for ☒ Complaint (claim #'s) 340806

Inspection: ☐ Routine   ☐ Application  ☐ Accident to Minor  ☐ Other _____
☐ CL Sweep  ☐ AG Sweep  ☒ Apparel Sweep  ☐ Misclass. Sweep

Date July 27, 2011   Time In 1:05   Out 4:30

Date _____   Time In _____   Out _____

Date _____   Time In _____   Out _____

Field Report No. 118930

☐ No Violation  ☐ Not Confirmed

Case No. GE-2078-0811-REY

Cross References _____

Insp. Type: ☐ Site   ☐ T&P   Assign Date MAY 26, 2011

Period from (date) MAY 2009   to (date) PRESENT

☐ Sample   ☐ Complete

PERFORMANCE FOODSERVICE AFI

Trade Name | Corp. Name/Ownership

1 IKEA DRIVE, ELIZABETH

Address (physical location of business *being inspected*)

ELIZABETH — City | NJ — State | 07207 — ZIP | County

908-436-3859 — Telephone No. | 908-436-4960 — FAX | E-mail | Web Site

SAME AS ABOVE — Mailing Address | City | State | ZIP

SAME AS ABOVE — Telephone No. | FAX | E-mail

12500 WEST CREEK PARKWAY — Main Office Address | RICHMOND — City | VA — State | 23238 — ZIP

804-484-7700 — Telephone No. | FAX | E-mail

SAME AS ABOVE — Place of Inspection | City | State | ZIP

SAME AS ABOVE — Telephone No. | FAX | E-mail

Type of Business:  ☐ Individual  ☐ Partnership  ☐ NJ Corp.  ☐ Out-of-State Corp.  ☐ LLC  ☐ LLP  ☐ Other _____

Nature of Business FOOD SERVICE DIST    SIC (will be NAICS) _____

Total Employees 512    Kind of Employees: ☐ None  ☐ 18 & Over Only  ☐ Under 18 Only  ☐ All Kinds

Pay Frequency:  ☐ Weekly  ☐ Bi-weekly  ☐ Semi-monthly  ☐ Monthly    Pay Per Ends FRIDAY    Pay Day/Date FRIDAY

# of Work Days Withheld _____    7-Day Work Week Ends _____    ☐ Check  ☐ Cash

**12. RECORDS AND POSTING**
☐ 1. Records
☐ 2. Posting
☐ 3. No Out-of-State Permit
☐ 4. Hinder Inv./Failure to Provide Records

**16. WAGE & HOUR LAW**
☐ 1. Minimum Wage Rate
☐ 2. Overtime Rate
☐ 3. Discriminatory Discharge

**17. WAGE PAYMENT**
☐ 1. Unpaid Wages/Late Payment
☐ 2. Illegal Deductions
☐ 3. No Statement of Deductions

**14. INDUSTRIAL HOMEWORK**
☐ 1. No Permit
☐ 2. No Certificate
F1 3. Prohibited Material

**13. CHILD LABOR**
☐ 0. Under Legal Age
☐ 1. No Empl. Cert. or Permit
☐ 2. Over 8 Hours per Day
☐ 3. Over 40 Hours per Week
☐ 4. Over 3 hrs on School Days/under 16
☐ 5. Over 18 hrs per Week/under 16
☐ 6. 7 days a Week
☐ 7. Night Work / 14-15 Yrs
☐ 8. Night Work / 16-17 Yrs
☐ 9. Meal Period
☐ 10. Records for Minors
☐ 11. Prohibited Occupation

**21. HEALTH CARE OVERTIME**
☐ 1. Overtime Procedures
☐ 2. Records
☐ 3. Discrimination Against Worker
☐ 4. Posting Requirement

**22. STATE BLDG SERVICE CONTRACTS**
☐ 1. Failure to Pay Wage Standard
☐ 2. Records
☐ 3. Records/Obstruction
☐ 4. Discrimination Against Worker
☐ 5. Failure to Obtain Spl. License

**20. MISC. / OTHER LAWS**
☐ 1. Payroll Taxes
☐ 2. Seats for Employees
☐ 3. No Workers' Comp. Ins.
☐ 4. No UI Registration #
☐ 5. Sex Discrimination
☐ 6. Lie Detector
☐ 7. Medical Exam
☐ 8. Medical Coverage Notification
☐ 9. Improper Classification of Const. Empl.
☐ 10. Other _____
☐ 11. Other _____

Include Frequency Codes in Narrative:  H - Habitual  F - Frequent  R - Rare

Violations Discussed w/ (name & title) KATHY STEPHENS HR MANAGER

Material Submitted with Report MW-169, MW-10, MW-106, MW-352

Field Rep. (print name) LUIS REYNOSO    Signature LUIS REYNOSO

Has the establishment previously operated under a different name or at a different address?  ☐ Yes  ☒ No

| Name | Address | City | State | ZIP |
|---|---|---|---|---|

Owners/Officers:

| 1. Michael | Irwin | AFI Pres. | | 0 | |
|---|---|---|---|---|---|
| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |

| Home Address | | City | | State | ZIP |
|---|---|---|---|---|---|

| 2. Charles | Coumo | CEO | | | |
|---|---|---|---|---|---|
| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |

| Home Address | | City | | State | ZIP |
|---|---|---|---|---|---|

| 3. | | | | | |
|---|---|---|---|---|---|
| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |

| Home Address | | City | | State | ZIP |
|---|---|---|---|---|---|

Additional Employer Information (e.g. registered agent, attorney, accountant, etc.):

| Name & Title | Address | City, State ZIP | Tel. No. |
|---|---|---|---|

Name and Location of Banking Institution (branch location):

WACHOVIA BANK, 301 SOUTH TRYON STREET, CHARLOTTE, NC 28282-1915

Acct. No. for Payroll Purpose

Workers' Compensation Carrier Name  AMERICAN ZURICH

Policy No.                                Effective Date: From August 01, 2010        To AUGUST 01, 2011

Unemployment insurance:    Verified Last Available Qtrly Payment?  ☐ Yes  ☐ No    QtrNr _____    ☐ EFT  ☐ Check

Referrals:    ☐ OSHA Referral    ☐ UI Referral    ☐ Workers'Comp Referral    ☐ Taxation

Remarks/Recommendations:

I. REASON FOR INSPECTION: Complaint from the law office of Winne, Banta, Hetherington, Basralian & Kahn, PC , that represent the New Jersey Financial Service Centers, claiming the issuing of debit card to employees without consent.

2. FINDINGS-VIOLATIONS:
A. RECORDS-POSTING
121 Records:  There is a discrepancy of hours for employee Davis Miller for week ending June 11, 2011.
B. MISC. LAWS
Other: 12:55-2.4: Employer started issuing debit cards to employees as a form of payment without consent.
III.CONCLUSION: Discussed audit with Kathy Stephens, human resources manager and explained to her the wage and hour rules and regulations. She explained that employees had several options to receive payment of the wages. The employer provides internet access on the premises to employees, so that they can print their pay studs. This is in case they do not have internet access at home. The debit card comes with a stack of checks, free to employees that they can use to write checks to themselves. Yet, Ms. Stephens did not provide any proof that employees had consented to the debit card in writing.

MW-10 (R-3-05)
STATE OF NEW JERSEY
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WAGE AND HOUR COMPLIANCE
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

Date 7/27/11    Time In 1:05    Out 4:20
Date _____    Time In _____    Out _____
Date _____    Time In _____    Out _____

Performance Foodservice NE
_____
Name of Establishment                              F.E.I.N.

1 Thep Drive, Elizabeth                            Union
_____    _____
Street Address                    City              County

This is to certify that on July 27, 2011 _____ I examined the following records of the above

establishment for the period from June 2009 _____ to _____ present

These records consisted of: (Describe fully including dates)

Payroll records: "ADP Payroll Register" showing
Name of employee, hours, earnings, file number,
Rate, gross pay net pay, deductions, week ending,
pay date and department.

time records: "Employee time card" showing name of
employee, In/out times, daily and weekly hours,
week days. Pay group, Badge, Dept code, and
total paid hours.

employee records submitted with adjustments.

The following information was not available: (Explain)

There is a discrepancy of hours for employee
[name] billed for work ending 6/11/11.

7-27-11
_____
Date

_____
Field Investigator
DIVISION OF WAGE AND HOUR COMPLIANCE

Acknowledged by _____    V.P    H.R    7/27/11
                    Name                          Title              Date

| Trade Name | | |
|---|---|---|
| Per~~formance~~ | | |
| City | FEIN | NEW JERSEY DEPARTMENT OF LABOR |
| Elizabeth, N.J. | | AND WORKFORCE DEVELOPMENT |
| Employer Representative / Title | | DIVISION OF WAGE AND HOUR COMPLIANCE |
| | | PO BOX 389 |
| | | TRENTON, NJ 08625-0389 |

## NOTICE OF ALLEGED VIOLATIONS

**RECORDS AND POSTING**    N.J.S.A. / N.J.A.C.
- ✓ Records_____    34:11-56a20/12:56-4.1
- Posting    34:11-56a21
- __ No Out-of-State Permit    12:56-4.5
- __ Hinder Inv./Failure to Provide Records    34:11-56a22

**WAGE AND HOUR LAW**    N.J.S.A.
- __ Minimum Wage Rate    34:11-56a4
- __ Overtime Rate    34:11-56a4
- __ Discriminatory Discharge    34:11-56a24

**WAGE PAYMENT**    N.J.S.A.
- __ Unpaid Wages/Late Payment    34:11-4.2
- __ Illegal Deductions    34:11-4.4
- __ No Statement of Deductions    34:11-4.6

**AGRICULTURE**    N.J.S.A.
- __ Certificate of Registration    34:8A-8
- __ No Proper Vehicle Insurance or Inspection    34:8A-9
- __ Unauthorized to Transport    34:8A-9
- __ Records_____    34:8A-10a
- __ Disclose information    34:8A-10b
- __ Designate Agent    34:8A-10e
- __ Not Paid on Premises    34:8A-10e
- __ Retaliatory Action Against Worker    34:8A-10.1
- __ Drinking Water and Toilet Facilities    34:9A-38
- __ Sanitation    34:9A-38

**APPAREL INDUSTRY**    N.J.S.A.
- __ Records_____    34:6-153
- __ Failure to Register    34:6-150
- __ Order to Comply    34:6-150
- __ Contracted Unregistered Subcontractor    34:6-150

**INDUSTRIAL HOMEWORK**    N.J.S.A.
- __ No Permit    34:6-136.7
- __ No Certificate    34:6-136.10
- __ Prohibited Material    34:6-136.3

**CHILD LABOR**    N.J.S.A.
- __ Under Legal Age    34:2-21.2
- __ No Employment Certificate    34:2-21.7
- __ Over 8 Hours per Day    34:2-21.3
- __ Over 40 Hours per Week    34:2-21.3
- __ Over 3 Hrs on School Day / Under 16    34:2-21.3
- __ Over 18 Hrs per Week / Under 16    34:2-21.3
- __ 7 Days a Week    34:2-21.3
- __ Night Work / 14 - 15 years    34:2-21.3
- __ Night Work / 16 - 17 years    34:2-21.3
- __ Meal Period    34:2-21.4
- __ Records for Minors    34:2-21.6
- __ Prohibited Occupation    34:2-21.17

**HEALTH CARE OVERTIME**    N.J.S.A. / N.J.A.C.
- __ Mandatory Overtime Procedures    34:11-56a34 / 8:43E-8.5
- __ Records_____    34:11-56a34 / 8:43E-8.6
- __ Discrimination Against Worker    34:11-56a34
- __ Posting Requirement    34:11-56a38 / 8:43E-8.6

**STATE BLDG. SERVICE CONTRACTS**    N.J.S.A.
- __ Failure to Pay Wage Standard    34:11-56.60
- __ Records_____    34:11-56.61
- __ Records / Obstruction    34:11-56.63
- __ Discrimination Against Worker    34:11-56.66
- __ Failure to Obtain Special License    34:11-56.70

**MISC. LAWS**    N.J.S.A.
- __ Payroll Taxes    34:6-148 / 34:6-149
- __ Seats for Employees    34:2-29
- __ No Workers' Comp. Ins.    34:6-149
- __ No UI Registration #    34:6-149
- __ Sex Discrimination    34:11-56.2
- __ Lie Detector    2C:40A-1
- __ Medical Exam    34:11-24.1
- __ Medical Coverage Notification    34:11A-17
- __ Improper Classification of Construction Employees    34:20-5
- ✗ Other 12:55-2.4(B)_____
- __ Other _____

__ Employer to be notified by Trenton office of any applicable penalties and/or fees.

__ If employer agreed with violations(s), employer instructed to make direct payment to each employee for net amount of wages due and submit copies of the check(s) to the above address by:_____

**Current Employee:** Make check payable to **employee** (Ex: Jane Doe) and issue check to employee.
**Former Employee:** Make check payable to **employee or Commissioner of LWD** (Ex: Jane Doe or Commissioner of LWD) and mail check to employee's last known address. If check is returned as undeliverable, forward employee check to the above address to be held in trust for that employee. Include claim or case number on return check.

| | | |
|---|---|---|
| _____ | Employer Refused to sign _____ | 7/12/11 |
| Field Investigator Signature | Employer Signature / Title | Date |

Wage & Hour Laws and Regulations are available at *www.nj.gov/labor*

MW-352 (R-9-09)

MW-106 (R-8-62)

# FIELD REPRESENTATIVES' REPORT OF WAGES AND HOURS

Name of Est. _Performance Foodservice_   Address _1 Theo Drive_
_Elizabeth, NJ_   Employer's U.I. Account No. ___

D/B ___ Place ___   Name & Address of Employee _David Miller_   Sex _h_ Age ___
E.C. Date ___   Occup. _Warehouse_
E.C. Info. Verified ___   Lic. & Date ___
Learner ☐ Student ☐ Handicap ☐   Employed from ___ to ___
S.S.# ___   _12/14/09_ to _present_

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | Th | F | S | | | | | | Fed    Fed NJ | | |
| | | | | | | | | | | | | 401 Loan | | |
| | | | | | | | | | | | | Life Ins. | | |
| | | | | | | | | | | | | Union/Dental | | |
| | | | | | | | | | | | | UC. IH. | | |
| | | | | | | | | | | | | 183.99 | | |
| | | | | | | | | | | | | 50.67 | | Check con |
| 6/11/11 | 11 | 10.68 | 10.03 | 4.68 | 5.07 | - | ✓ | | 33.17 | 22.35 | 741.31 | 17.79 | .01 | |
| | | | | | | | | | 2011 | | 583.56 | 37.57 | 746.33 | Savings |
| 33 hrs reg. | | | | | | | | O.T. | | 271.78 | 11.96 | | |
| | | | | | | 26 | 11 — 12= | 14.1 | 89.25 | Loan | | | | |
| Monthly correction to this sheet | | | | | | | | | | | 1.63/2.02 | | | |
| Less the Fed | | | | | | | — | 268.20 | 6.00/60.72 | | | | | |
| Net Payment | | | | | | | - | 134.10 | 5.84/.33 | | | | | |
| | | | | | | | | | | | | | Check doll | |
| 6/25/11 | 8 | 8 | 8 | 8 | 16 | - | 480 | 22.35 | 1163.49 | Legal | | .01 | | |
| | | | | | | | | | | | | | 717.12 | Check |

GROSS WAGES- - - - - -Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_Signature_   _7-27-11_   Page _1_ of _4_
Signature of Field Representative   Date

Case 2:14-cv-08123-JLL-JAD   Document 10-25   Filed 01/29/15   Page 20 of 29 PageID: 241

MW-106 (R-8-82)

# FIELD REPRESENTATIVES' REPORT OF WAGES AND HOURS

Name of Est. _Performance Foodservice_    Employer's U.I. Account No. _____

Address _1 Ihen Drive_ _Elizabeth, N.J._

| | |
|---|---|
| D/B _____ Place _____ | Name & Address of Employee |
| E.C. Date _____ | _Michael Tuheel_ |
| E.C. Info. Verified _____ | |
| Learner ☐ Student ☐ Handicap ☐ | S.S.# |

Sex _m_   Age _____
Occup. _Driver_
Lic. & Date _____
Employed from ___ to ___
_6/20/09_ to _present_

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | Th | F | S | | | | | Fed / Fici | | |
| | h | t | w | M F | s | ✓ | | | | | 40th Lube | | |
| | | | | | | | | | | | 81.61 / 32.28 | | |
| | | | | | | | | | | | 11.14 / 12.70 | | |
| 6/20/11 | 11⁹ | 12⁰ | 11⁴⁰ | 16¹⁷ | s | - | - | 40 | 12.- | 480.- | 7.83 / 3.04 | 338.03 | Check |
| | | | | ot | 12. | | ot.145.80 | | 63.58 / 21.75 | 100.- Salary | | |
| | | | | s.4 | 8 | | 72.8. | 101.86 / 19.52 | | | |
| | | | | | | | s.4 | 96.- | 1.37 | | |
| 7/18/11 | 12² | 10¹ | 11⁸⁰ | 11⁵⁰ | 15⁵⁰ | - | - | 61.51 | 12.- | 480.- | Legal | 388.54 | Check |
| | | | | | | | | | 258.12 | | 100.- Salary |
| | | | | | | ot ∠ | 129.06 | | | |

GROSS WAGES- - - - - - Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_Signature of Field Representative_     7-27-11    Date    Page _2_ of _4_

MW-106 (R-0-02)

# FIELD REPRESENTATIVES' REPORT OF WAGES AND HOURS

Employer's U.I. Account No. _____

Name of Est. _Performance Foodservice_ Address _1 Ikea Drive_ _Elizabeth, NJ_

| | | |
|---|---|---|
| D/B _____ Place _____ | Name & Address of Employee _Mbeit Satu_ | Sex _M_ Age ____ |
| E.C. Date _____ | | Occup. _Empl A._ |
| E.C. Info. Verified _____ | | Lic. & Date _____ |
| Learner ☐ Student ☐ Handicap ☐ | S.S.# ████████████ | Employed from ___ to ___ _2/14/06_ to _present_ |

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | N | F | S | | | | | Fed   Fic<br>St   NJ<br>with/dental | | |
| | | | | | | | | | Reg | 512.40 | 159.81 | | |
| | | | | | | | | | | 512.40 | 55.62 | | |
| | | | | | | | | O+ | 95.69 | 19.20 | Payout coll | |
| | 8.6 8.78 8.08 8.7 8.71 | | | | | 12.81 | 1376.51 | 22.31 | 971.65 | |
| 6/4/11 | 8 8.7 8.57 8.08 8.68 0.87 | | | | | | | | | | 13.56 | | |
| | Worked hour | | | | | 92.97 | | | | 70.46 | 68.83 | | |
| | total | | | | | 108.97 | | | | 35.23 | 9.26 | | |
| | | | | | | | | | | | 2.74 | | |
| | | | | | | | | | | | 6.08 | | |
| | | | | | | | | | | | 4.41/43.50 | | |
| | 8 8.7 8.08 8.74 8.5 8.54 | | | | | | | | | | | Check coll | |
| 6/18/11 | 8.7 8.58 8.50 8.5 8.58 8.56 | | | | | 12.81 | 1288.5 | 287.4 | 907.24 | |
| | | | | | | 97.76 | | | | | | |

GROSS WAGES - - - - - Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_Luis Reyna_ _____  _7-27-11_ _____  Page _7_ of _7_

Signature of Field Representative          Date

MW-106 (R-0-82)

# FIELD REPRESENTATIVES' REPORT OF WAGES AND HOURS

Name of Est. _Performance Foodservice_   Address _1 Ikea Drive_
_Elizabeth, NJ_   Employer's U.I. Account No. ▮▮▮▮▮▮

D/B _____ Place _____   Name & Address of Employee _Woli Sante_   Sex _M_   Age _____
E.C. Date _____   Occup. _Lubrehouse_
E.C. Info. Verified _____   Lic. & Date _____
Learner ☐ Student ☐ Handicap ☐   Employed from ___ to ___
S.S.# ▮▮▮▮▮▮   _9/3/74 to present_

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | Th | F | S | S | | | | Fed / hil | | | |
| | | | | | | | | | | | Guih | | | |
| | | | | | | | | | | | 138.5 / 55.54 | | | |
| | | | | | | | | | | | 19.17 / 25.10 | | | |
| | | | | | | | | | | | 2.68 / 13.82 | | | |
| | | | | | | | | | | | 66.81 / .85 | | | |
| 6/11/11 | 10 | 10 | 10 | 9.6 | 5 | — | — | 52.75 | 22.60 | 1336.23 | 44.61 / .19 | | 864.30 | Check |
| | | | | | | | | | | 288.15 | 4.59 | | 100 - Savings | |
| | | | | | | o.t. | | 147.08 | | | | | | |
| 6/18/11 | 10 | 10 | 9 | 9.50 | 5 | — | — | 46.82 | 22.60 | 904.00 | Legal | | 721.15 | Check |
| | | | | | | | | | | 154.13 | | | 100 - Savings | |
| | | | | | | o.t. | | 47.07 | | | | | | |

GROSS WAGES- - - - - -Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_[signature]_   7-27-11   Page 4 of 4
Signature of Field Representative   Date



Wali Suite ***-**-████
Start Date: 09/30/1998

David Miller ***-**-████
Start Date: 12/14/1989

Kelly Cordero ***-**-████
Start Date: 04/10/2006

Norbert Santos ***-**-████
Start Date: 02/14/2005

Dyanand Mandhar ***-**-████
Start Date: 11/15/1999

Case 2:14-cv-08123-JLL-JAD   Document 10-25   Filed 01/29/15   Page 24 of 29
PageID: 245



manta
We do small business

Sign In     New to Manta?

Search more than 60 million companies:

Browse Companies    More Resources

U.S.  Worldwide    Manta Connect   Business Features    Using Manta

U.S. – Centennial, CO – Professional Services – Accounting, Auditing, and Bookkeeping Services – Accounting and Bookkeeping Services –
Performance Food Group Company, LLC

Company Profile    Reports    Map    Web Results

## Performance Food Group Company, LLC,

Pfg Performance Food Group
12650 E Arapahoe Road
Centennial, CO 80112-3901 map

Own this business?
**Edit Company Info**

Website:    Information not found

Phone:    (866) 208-0008

## About Performance Food Group Company, LLC
Is this your company? Claim This Profile

Performance Food Group Company, LLC in Centennial, CO is a private company categorized under Accounting and Bookkeeping Services. Register for free to see additional information such as annual revenue and employment figures. Companies like Performance Food Group Company, LLC usually offer: Advantage Payroll Services, Physical Therapy Billing Services, Payroll Bureau Services, Payroll Benefit Services and Dtech Billing Services.

### Business Categories

Accounting, auditing, and bookkeeping in Centennial, CO

Accounting/Auditing/Bookkeeping

Other Accounting Services

View newly formed U.S. businesses

### Company Contacts
Is this your company? Claim This Profile

Karen Gargan
Branch Manager

Search for more contacts

### Performance Food Group Company, LLC Business Information
Performance Food Group Company, LLC also does business as Pfg Performance Food Group.

Location Type    Branch

Annual Sales
(Estimated)    Information not found

Employees
(Estimated)    Information not found

SIC Code    View Details

NAICS Code    541219, Other Accounting Services

Products,
Services    Information not found
and Brands

State of
Incorporation    Information not found

Years in
Business    Information not found

Company Profile Options

Add this company to a list

Print this page

Share this page

Tweet

Manta Members Connected to this Company

Do you work here?
Add this company to your member profile

Wendy Bramley

jared turley

Manta Members Who Viewed This Company Profile

YOU
Sign In or Register to Join Manta

Ryan Shepherd

sumet charoentanavat

attilo graniello

Related Searches

Other companies that match "Performance Food Group Company, LLC"

All U.S. Accounting and Bookkeeping Services

Other Companies

Cleo Hickman Inc
Accounting and Bookkeeping Services in Englewood, CO

Mile hi Accounting
Accounting and Bookkeeping Services in Englewood, CO

Hernandez Accounting
Accounting and Bookkeeping Services in Englewood, CO

Yazdi Inc
Accounting and Bookkeeping Services in Englewood, CO

Dale Conklin & Assoc
Accounting and Bookkeeping Services in Englewood, CO

Jobs in Centennial, CO

Case 2:14-cv-08123-JLL-JAD    Document 10-25    Filed 01/29/15    Page 25 of 29
PageID: 246



Sign In    New to Manta?

Search more than 60 million companies

Browse Companies    More Resources

U.S    Worldwide    Manta Connect    Business Features    Using Manta

U.S. > Mount Holly, NJ > Food > Food Preparations, NEC > Food Processors and Manufacturers > Performance Food Group Company, LLC

Company Profile        Reports        Map        Web Results

## Performance Food Group Company, LLC

500 Highland Drive
Mount Holly, NJ 08060-5104 map

Website:    Information not found

Phone:    (609) 518-1102

### About Performance Food Group Company, LLC
Is this your company? Claim This Profile

Performance Food Group Company, LLC in Mount Holly, NJ is a private company categorized under Food Processors and Manufacturers. Register for free to see additional information such as annual revenue and employment figures.

Own this business?

**Edit Company Info**

Related Searches

Other companies that match "Performance Food Group Company, LLC"    Jobs in Mount Holly, NJ

All U.S. Food Processors and Manufacturers

Other Companies

Momma's Home Made LLC
Food Processors and Manufacturers in Watchung Works, NJ

Missa Bay, LLC
Food Processors and Manufacturers in Swedesboro, NJ

Campbell Soup CO
Food Processors and Manufacturers in Camden, NJ

Missa Bay LLC
Food Processors and Manufacturers in Swedesboro, NJ

M V Foods
Food Processors and Manufacturers in Swedesboro, NJ

### Business Categories

Food preparations, nec in Mount Holly, NJ

Mfg Food Preparations

All Other Miscellaneous Food Manufacturing

View newly formed U.S. businesses

### Company Contacts
Is this your company? Claim This Profile

Invite a Contact to Join Manta

Search for contacts

### Performance Food Group Company, LLC Business Information

| | |
|---|---|
| Location Type | Branch |
| Annual Sales (Estimated) | Information not found |
| Employees (Estimated) | Information not found |
| SIC Code | View Details |
| NAICS Code | 311999; All Other Miscellaneous Food Manufacturing |
| Products, Services and Brands | Information not found |
| State of Incorporation | Information not found |
| Years in Business | Information not found |

Click on the reports tab at the top of the page to research company background, detailed company profile, credit and financial reports for Performance Food Group Company, LLC. Reports often include a complete predictive and historical analysis with payment and financial information, information on the identity, operations, profitability and stability of Performance Food Group Company, LLC. Details on the company's history, the business background of its management, special events and recent company news. Download Performance Food Group Company, LLC financial and company reports.

Data above provided by D&B. © Dun and Bradstreet, Inc. All rights Reserved.

# WINNE, BANTA, HETHERINGTON,
## BASRALIAN &
### KAHN, P.C. COUNSELLORS AT LAW

ESTABLISHED 1922

COURT PLAZA SOUTH — EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647
(201) 487-3800
FACSIMILE (201) 487-8529
(201) 525-9460

www.winnebanta.com

May 26, 2011

NEW YORK OFFICE
286 MADISON AVENUE, SUITE 907
NEW YORK, NEW YORK 10017
(212) 644-1710

JOSEPH L BASRALIAN+
ROBERT M JACOBS
GERALD GOLDMAN+
GARY S REDISH+
RICHARD R KAHN+
KENNETH K LEHN
ROBERT J KLEEBLATT
RONALD M ABRAMSON
MARTIN J DEVER, JR +*
THOMAS J CANGIALOSI, JR +
CAROLYN GERACI FROME
BRUCE R ROSENBERG
SCOTT K McCLAINE
EDWARD P D'ALESSIO+x
RICHARD D WOLLOCH+
MICHAEL G STINGONE
CHRISTOPHER H MINKS

PETER G BANTA+
ROBERT A HETHERINGTON III
MATTHEW COHEN+
ARTHUR J SIMPSON, JR +
FRANK J FRANZINO, JR +
ELIZABETH EILENDER+*
COUNSEL TO THE FIRM

IAN S KLEEBLATT
JACEY A RAIMONDO
DOREEN E WINN+
CHRISTINE R SMITH
R N TENDAI RICHARDS
ROMAN VACCARI+E
THOMAS R McCONNELL
SHARON REIDER BABB+
RITA R MUNGIOLI+
MICHAEL J COHEN+
MELISSA A TERRANOVA+
JOSEPH M VIGLIOTTI

WALTER G WINNE (1889-1972)
HORACE F BANTA (1895-1985)
BRUCE F BANTA (1932-1983)

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
E MEMBER PENNSYLVANIA BAR ALSO
x MEMBER WASHINGTON, D C BAR ALSO
S CPA (NJ)

Email address: smcclain@winnebanta.com
Direct Dial    201-562-1011

New Jersey Department of Labor
Division of Wage & Hour Compliance
P.O. Box 389
Trenton, N.J. 08625-0389

**Via Fax (609-695-1174) and Regular Mail**

Re:    **Payroll Card – Complaint**
       Performance Food Group
       (Performance Foodservice-AFI)
       1 Ikea Drive
       Elizabeth, NJ 07207

Dear Sir/Madam:

Please be advised that this firm represents New Jersey Financial Service Centers, which is the State's trade association representing the check cashing/financial services industry.

We have received a complaint from an employee of Performance Food Group that this employer has moved its payroll distribution to a mandatory payroll card, without the option of receiving a paper check, over the objections of and without the consent of the company's employees. As you are aware, this would be a violation of New Jersey law.

As you are aware, New Jersey law provides that an employer, in lieu of paying wages to an employee by cash or check may pay wages by direct deposit or payroll debit card, however, the employee must first consent in writing to receiving his or her wages in this manner. Consent must be obtained by the employer "without intimidation coercion, or fear of discharge or reprisal" for refusal to accept a direct deposit or payroll debit card arrangement.

WINNE, BANTA, HETHERINGTON
BASRALIAN &
KAHN, P.C.  COUNSELLORS AT LAW

May 26, 2011
Page 2 of 2

We would request that the Department of Labor investigate this matter.  Clearly, it is the existing policy of the State of New Jersey that its employees have the choice to receive their wages in the manner which best suits their needs.

Please contact the undersigned if you should have any questions or require further information.

Very truly yours,

Scott K. McClain

SKM/ld

02994- 00001
144392v2

**Reynoso, Luis**

From:     Kathy Stevens AFI Foodservice [kstevens@afifoods.com]
Sent:     Tuesday, July 19, 2011 8:56 AM
To:       Reynoso, Luis
Subject: Your visit on July 27th

Good morning Mr. Reynoso,

This is to confirm I have a copy of your letter dated 7/6/11 and that you will be visiting this facility at 1 IKEA Drive in Elizabeth, NJ at 1 PM on Wednesday July 27, 2011.

IN as much as all our records are now electronic, I will prepare each report on demand for your review.

Please call if you need further information before you arrive on the 27th.

Best Regards,

*Kathy Stevens PHR*

*V.P. Human Resources*

*P- 908-436-3859*

*F- 908-436-4960*

*Before printing this e-mail think if it is necessary. Think Green*

7/19/2011

# Compliance Comparison Summary

- The First Data electronic pay solution commits to monitoring compliance and warranting electronic pay in the states where we meet compliance requirements – currently all 50 states
  - How?
    - By providing a self issued payroll check to the Employees as an option, along with the Money Network Card and personal direct deposit
    - By providing free encashment locations as required by each state, including bank access in those states where it is required: AK, NH, NJ, UT
    - By monitoring and addressing any changes in the states that may impact our compliance

- Currently, we are aware of no other provider that can effectively provide this compliance effectively across all states. Without our solution, less than 20 states are open for 100% electronic pay.



money network™

Case 2:14-cv-08123-JLL-JAD   Document 10-25   Filed 01/29/15   Page 29 of 29   PageID: 250