# EXHIBIT 24

MW-169 (R-4-10)

DIVISION OF WAGE AND HOUR COMPLIANCE
FIELD REPRESENTATIVE REPORT – GE

Employer No. 633827

FEIN / SSN

Field Report No. 12661

☐ No Violation   ☐ Not Confirmed

Reason for ☐ Complaint (claim #'s) 365256

Case No. none

Cross References

Inspection: ☐ Routine   ☐ Application ☐ Accident to Minor  ☐ Other _____
☐ CL Sweep  ☐ AG Sweep ☐ Apparel Sweep  ☐ Misclass. Sweep

Date 11/28/12  Time In 8:30 Out 12:00

Insp. Type: ☐ Site  ☑ T&P   Assign Date 10/24/12

Date _____ Time In _____ Out _____

Period from (date) 8/12   to (date) Present

Date _____ Time In _____ Out _____

☑ Sample   ☐ Complete

Performance transportation LLC

Trade Name                              Corp. Name/Ownership

1 Ihen Drive, Elizabeth, N.J. 07207

Address (physical location of business being inspected)   City   State   ZIP   County

1-800-275-9500

Telephone No.   FAX   E-mail   Web Site

Sbm

Mailing Address   City   State   ZIP

Sam

Telephone No.   FAX   E-mail

12500 West Creek Parkway, Richmond, VA 23228

Main Office Address   City   State   ZIP

Sbm / 804-484-7700

Telephone No.   FAX   E-mail

1 Ihen Drive, Elizabeth, N.J. 07207

Place of Inspection   City   State   ZIP

1-800-275-9800

Telephone No.   FAX   E-mail

Type of Business:  ☐ Individual  ☐ Partnership  ☐ NJ Corp.  ☑ Out-of-State Corp.  ☐ LLC  ☐ LLP  ☐ Other _____

Nature of Business  Food Distribution   NAICS _____

Total Employees 517   Kind of Employees: ☐ None  ☑ 18 & Over Only: _____  ☐ Under 18 Only: _____  ☐ All Kinds

Pay Frequency:  ☑ Weekly  ☑ Bi-weekly  ☐ Semi-monthly  ☐ Monthly   Pay Per Ends Sat   Pay Day/Date Thursday Friday Mon-Un

☐ Check  ☐ Cash

# of Work Days Withheld _____   7-Day Work Week Ends _____

### 12. RECORDS AND POSTING
☐ 1. Records
☐ 2. Posting
☐ 3. No Out-of-State Permit
☐ 4. Hinder Inv./Failure to Provide Records

### 18. WAGE & HOUR LAW
☐ 1. Minimum Wage Rate
☐ 2. Overtime Rate
☐ 3. Discriminatory Discharge

### 17. WAGE PAYMENT
☐ 1. Unpaid Wages/Late Payment
☐ 2. Illegal Deductions
☐ 3. No Statement of Deductions

### 14. INDUSTRIAL HOMEWORK
☐ 1. No Permit
☐ 2. No Certificate
☐ 3. Prohibited Material

### 13. CHILD LABOR
☐ 1. Under Legal Age
☐ 2. No Empl. Cert. or Permit
☐ 3. Over 8 Hours per Day
☐ 4. Over 40 Hours per Week
☐ 5. Over 3 hrs on School Days/under 16
☐ 6. Over 18 hrs per Week/under 16
☐ 7. 7 days a Week
☐ 8. Night Work / 14-15 Yrs
☐ 9. Night Work / 16-17 Yrs
☐ 10. Meal Period
☐ 11. Records for Minors
☐ 12. Prohibited Occupation

### 21. HEALTH CARE OVERTIME
☐ 1. Overtime Procedures
☐ 2. Records
☐ 3. Discrimination Against Worker
☐ 4. Posting Requirement

### 22. STATE BLDG SERVICE CONTRACTS
☐ 1. Failure to Pay Wage Standard
☐ 2. Records
☐ 3. Records/Obstruction
☐ 4. Discrimination Against Worker
☐ 5. Failure to Obtain Spl. License

### 20. MISC. / OTHER LAWS
☐ 1. Payroll Taxes
☐ 2. Seats for Employees
☐ 3. No Workers' Comp. Ins.
☐ 4. No UI Registration #
☐ 5. Sex Discrimination
☐ 6. Lie Detector
☐ 7. Medical Exam
☐ 8. Medical Coverage Notification
☐ 9. Improper Classification of Const. Empl.
☐ 10. Other _____
☐ 11. Other _____

Include Frequency Codes in Narrative:  H – Habitual  F – Frequent  R- Rare

Violations Discussed w/ (name & title) Kathy Stevenl – Vt HR

Violations None

Material Submitted with Report MW-169, MW-382, MW-10

Field Rep. (print name) Luis Reyino   Signature

Has the establishment existed and operated under a different name at a different address?

| Name | Address | City | State | ZIP |
|------|---------|------|-------|-----|

**Owners/Officers:**

1. _Michael_ _IRWIN_ _president_

| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |
|------------|-----------|-------|-----|---------------------|----------|

| Home Address | | City | | State | ZIP |
|--------------|--|------|--|-------|-----|

2.

| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |
|------------|-----------|-------|-----|---------------------|----------|

| Home Address | | City | | State | ZIP |
|--------------|--|------|--|-------|-----|

3.

| First Name | Last Name | Title | SSN | % financial interest | Tel. No. |
|------------|-----------|-------|-----|---------------------|----------|

| Home Address | | City | | State | ZIP |
|--------------|--|------|--|-------|-----|

**Additional Employer Information** (e.g. registered agent, attorney, accountant, etc.):

| Name & Title | Address | City, State ZIP | Tel. No. |
|--------------|---------|-----------------|----------|

**Name and Location of Banking Institution** (branch location):

_Wells Fargo_

Acct. No. for Payroll Purpose �myanmar▬▬▬▬▬

Workers' Compensation Carrier Name   _Ace American Ins_

Policy No. ▬▬▬▬▬   Effective Date: From _8/1/12_   To _8/1/13_

Unemployment Insurance:   Verified last available qtrly payment?   ☐ Yes   ☐ No   Qtr/Yr _____   ☐ EFT   ☐ Check

Referrals:   ☐ OSHA Referral   ☐ UI Referral   ☐ Workers' Comp Referral   ☐ Taxation

Remarks/Recommendations:

# FIELD REPORT NOTES

Printed on: 11/29/2012

**Field Report #: 126617**          **Trade Name: Performance Foodservice AFI**          **Employer #: 633827**

**Field Rep: Luis Reynoso**

<u>Entry Date and Notes</u>

**29-Nov-2012  2:53 pm**

I.    REASON FOR INSPECTION: Complaint from Danny Segarra for non-payment of unemployed weeks.

II.   FINDINGS-VIOLATIONS: Time and payroll records seemed to be in order.

III.  CONCLUSION: Discussed audit with   Kathy Stevens, human resources representative. This is a complainant that should not have been handled by our division because the complainant is seeking wages for unemployed weeks. Mr. Segarra was interviewed over the telephone and he explained that he was denied unemployment benefits for quitting his job. He feels that his former employer should pay for those weeks denied by the unemployment office. His last date of employment was July 27, 2012. He is seeking payment from August 17, 2012 to September 21, 2012. Ms. Stevens confirmed that the complainant quit his job and that the unemployment office was notified.  Mr. Segarra also mentioned due sick time but Ms. Stevens stated that he used up all his time as per company policy. Mr. Segarra was instructed to file the appeal with the unemployment office.

**Total Notes: 1**

MW-10 (R-3-05)
STATE OF NEW JERSEY
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF WAGE AND HOUR COMPLIANCE
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

Date 11/28/12    Time In 8:30    Out 12:00
Date _____    Time In _____    Out _____
Date _____    Time In _____    Out _____

Performance Transportation LL

_Name of Establishment_                                       F.E.I.N.

1 Fheb Drive, Elizobeth                          UNION.

_Street Address_               _City_                        _County_

This is to certify that on _Nov. 28, 2012_ I examined the following records of the above

establishment for the period from _Jan. 2012_ to _Present_

These records consisted of: (Describe fully including dates)

Payroll record: employer "ADP" Payroll
Register showing Name of employees,
hours, earnings, deductions, gross and net pay,
week ending, pay date, rate and week met

time record: employer's time records
showing Name of employee, week ending,
In/out times, daily or weekly hour,
and daily rate, total pay, week day and date.

employee record: Reviewed.

The following information was not available: (Explain)

_____

_____

_____

_____

11-28-12                              _[signature]_
_Date_                                Field Investigator
                                      DIVISION OF WAGE AND HOUR COMPLIANCE

Acknowledged by _[signature]_         V. Park  11/28/12
_Name_                                _Title_                    _Date_

Name of Est. _Performance Trnp._   Employer's U.I. Account No. _____
Address _1 Fresh Drill_ _Elander_

D/B _____ Place _____
Name & Address of Employee _Appay Sozur_   Sex _h_   Age _____   Occup. _Drill_

E.C. Date _____
E.C. Info. Verified _____
Learner ☐ Student ☐ Handicap ☐

S.S.# _____

Lic. & Date _____
Employed from _8/06/12_ to _7/21/12_

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | Th | F | S | | | | Set | Fed | | |
| | | | | | | | | | | 1.31 | | | |
| | | | | | | | | | | 1.49 | | | |
| | | mileage ✓ | | | | | | | | 2.79 | | | |
| 7/28/12 | | | | | | | | 22.50 | 830.00 | .53 | 657.63 | N/C |
| | | | | | | | | | | 30.- | | | |
| | | | | | | | | | | .03 | | | |
| | | | | | | | | | | 9.9- | | | |
| 10/7/12 | | | ✓ | | | | | 11.- | 1565.00 | Lexal | 1269.85 | N/C |

GROSS WAGES- - - - - - Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_____   _11-28-12_   Page _1_ of _3_
Signature of Field Representative   Date

Name of Est. _Performance troup._    Employer's U.I. Account No. _____
Address _1 Enek Lovine_
_Elizabeth_

| D/B _____ Place _____ | Name & Address of Employee | Sex _M_ Age _____ |
| E.C. Date _____ | _Carlos Saral_ | Occup. _____ |
| E.C. Info. Verified _____ | | Lic. & Date _____ |
| Learner ☐ Student ☐ Handicap ☐ | | Employed from _____ to _____ |
| | S.S.# _____ | _1/12_ to _present_ |

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | Th | F | S | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | .41 | | |
| | | | | | | | | | | | 1.49 | | |
| | | | | | | | | | | | 9.86 | | |
| 7/20/12 | | | | | | ✓ | | | 15.- | 1,413.90 | 3.78 | 978.06 N/C | |
| | | | | | | | | | | | 72.04 | | |
| | | | | | | | | | | | .53 | | |
| | | | | | | | | | | | 46.- | | |
| | | | | | | | | | | | | | |
| 1/7/12 | | | | | | ✓ | | | 15.- | 1,600.93 | | 1,054.04 N/C | |

GROSS WAGES- - - - - - - Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_Signature of Field Representative_    _11-28-12_ Date    Page _2_ of _3_

Name of Est. _Performance. Trump_    Employer's U.I. Account No. _____

Address _1 Eber Drive_
_Elizabeth_

| D/B | _____ | Place _____ |
| E.C. Date | _____ |
| E.C. Info. Verified | _____ |
| Learner ☐ Student ☐ Handicap ☐ |

Name & Address of Employee _David Cariorno_

S.S.# _____

Sex _h_    Age ____
Occup. _tt NLie_
Lic. & Date ____
Employed from ____ to
_1/12_ to _pres_

| WEEK ENDING | TOTAL DAILY HOURS (Not for in-out time) | | | | | | | | TOTAL HOURS | RATE | GROSS | DEDUCTIONS | NET | COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | m | t | w | t | f | s | s | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 465.76 | | |
| | | | | | | | | | | | | 98.51 | | |
| | | | | | | | | | | | | 94.01 | | |
| 11/28/12 | | | | | | ✓ | | | | 13. | 2,374.18 | 111.98 | (290.27) | NU |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 1/07/12 | | | | | | | | | | 13. | 2,250.13 | Lepli | 1395.71 | NU |

GROSS WAGES- - - - - - Itemize Cash Wages and Value of Tips, Meals, Lodging, etc.

_____                    _11-28-12_                    Page _3_ of ____
Signature of Field Representative                    Date



## State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PO BOX 389

TRENTON, NEW JERSEY 08625-0389

October 23, 2012

Performance Foodservice AFI
1 Ikea Drive
Elizabeth, NJ 07207

Dear Employer Representative:

I will visit your premises on **November 13, 2012**    at  **8:30AM**                    to examine your employee time and
payroll records for the period from  **October 1, 2010**        to  **PRESENT**              in accordance with laws administered
by the New Jersey Division of Wage and Hour Compliance.

**Below is a list of REQUIRED RECORDS that must be made available during the inspection:**

1. Time Records - Time cards, time sheets, etc., with daily and weekly hours worked by **each** employee.

2. Payroll Records - Register/Journal for **each pay period** for all employees with gross pay, itemized deductions, net pay, and rate of pay.

3. Employee Records - List of all employees for the last two years including the employee's name, address, social security number, date of birth (if a minor), hire and termination dates, and job title.

4. Federal Identification Number

5. NJ Unemployment Insurance Taxes - Copy of last quarterly filing (i.e. NJ-927 & WR-30) and cancelled check (or proof of electronic payment).

6. Workers' Compensation - Insurance company, policy number, and effective and expiration dates.

7. Bank Information - Local branch, addresses, and account numbers for both **general and payroll accounts.**

8. Company Ownership Information - Names, titles, home addresses, and social security numbers.

9. Copy of Employee Handbook

10. Employment Certificates - Also called "working papers" for all minors under 18 years old within the last two years.

**EMAIL: luis.reynoso@dol.state.nj.us**

**FAX NUMBER: 973-523-0780. PLEASE DO NOT FAX MORE THAN 5 PAGES.**

Please note you are not required to make copies of your records for the inspection. If you have questions regarding
this appointment, please contact me at  **973-202-1986** . Thank you for your cooperation.

**LUIS REYNOSO**
Investigator
Division of Wage and Hour Compliance

*New Jersey is an Equal Opportunity Employer*



*DIVISION OF WAGE AND HOUR COMPLIANCE*
(609) 292-2305 * FAX (609) 695-1174 * *www.nj.gov/labor*

MW-109A (R-8-10)



## State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

## ASSIGNMENT

To: Luis Reynoso

**Assign Date:** October 22, 2012
**Due Date:**    November 22, 2012

Re: Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

**Claim Type:** Complaint

- Conduct a field report search in WHATS for the last date the above establishment was inspected.

- Conduct a WHATS Lookup search for history of wage claims and violations against the above establishment.

- Conduct an inspection of the above establishment pertaining to all Wage and Hour Laws concerning all employees with particular reference to:

Danny Segarra

**Employer No.:** 633827
**Claim No.:** 365256
**Claim Reason:**

**Claim Notes:**
Assignment sent to Reynoso (email ) File in Ashleigh's assignment cabinet.

*New Jersey is an Equal Opportunity Employer*



*DIVISION OF WAGE AND HOUR COMPLIANCE*
*(609) 292-2337 \* FAX (609) 695-1174 \* www.nj.gov/labor*



# State of New Jersey

DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
PO BOX 389
TRENTON, NEW JERSEY 08625-0389

October 22, 2012


Danny Segarra

Re: Performance Foodservice AFI
1 Ikea Drive
Elizabeth NJ 07207

Estimado Danny Segarra:

La División de Cumplimiento de Salarios y Horarios recibió su reclamo de salario el October 19, 2012. El número de su reclamo de salario es 365256. Mantenga este número para su referencia y proporciónelo cada vez que se ponga en contacto con nuestra oficina.

Sírvase revisar la información de empleador indicada arriba. Si no está correcta o si tiene cualquier otra información para ayudarnos a investigar su reclamo de salario, notifíquenos por escrito e incluya su número de reclamo.

Dependiendo de la naturaleza de su reclamo de salario, éste será asignado a un investigador de campo o manejado por correo. Si asignan su reclamo a un investigador de campo, el investigador puede contactarle para obtener más información. Si el reclamo sólo le involucra a usted (por ejemplo, usted no recibió su ultimo cheque de pago), le enviaremos al empleador un aviso por correo electrónico solicitando una revisión de los récords con respecto a su reclamo de salario.

Después de que hayamos completado la investigación le notificaremos los resultados. Si determinamos que su empleador le debe dinero, notificaremos de ello a su empleador. Su empleador le puede pagar directamente o puede enviarnos los pagos para que se los remitamos a usted. A pesar de que utilizaremos todos los medios a nuestro alcance para recolectar el dinero que le debe su empleador, **una determinación a su favor no garantiza el cobro.**

Para obtener más información acerca de las Leyes Laborales del Estado de New Jersey y el proceso de reclamo de salario, visite *www.nj.gov/labor* y haga clic en *Reclamo Por Salarios No Pagados*. También hallará las respuestas a muchas preguntas frecuentes en el panfleto adjunto, *¿Cómo presentar una reclamación de salario?*

Sírvase notificarnos por escrito si hay un cambio en su dirección o su número de teléfono. Muchas gracias por informarnos acerca de su reclamo de salario.

Atentamente,

N.° de reclamo 365256
N.° de empleador 633827

Adjunto

Supervisor
609-292-2305

*Para español entrar en la hiperconexión www.nj.gov/labor y haga clic en Reclamo Por Salarios No Pagados*

*New Jersey Is An Equal Opportunity Employer*



*DIVISION OF WAGE AND HOUR COMPLIANCE*
*(609) 292-2337 * FAX (609) 695-1174 * www.nj.gov/labor*

**WAGE & HOUR COMPLIANCE : GENERAL ENFORCEMENT**

# Memo

To: NORTH

From: SOUTH

CC:

Date: 10·16·12

Re: Performance

Due   Aug 17 - Sept 21 ²⁰¹² (5 WKS) 200 hrs $200/day

NJ Dept. of Labor & Workforce Development          Tel: (609) 292-2305          OFFICIAL USE ONLY:
Division of Wage and Hour Compliance               Fax: (609) 695-1174          Claim# 389936          Empl# 63382
PO Box 389                                         Wage.Hour@dol.state.nj.us    Field___  IBM___  WC___  No Jurisdiction___
Trenton, NJ 08625-0389                                                          Field Rpt#
                                                                               Case#

## RECLAMO DE SALARIO

Todos los trabajadores, incluidos los trabajadores indocumentados, tienen derecho a recibir pago por su trabajo. La División de Cumplimiento d
Horarios y Salarios (Division of Wage and Hour Compliance) no investiga la condición legal de ningún trabajador. Aplicamos las leyes laborales d
Nueva Jersey de forma equitativa a todos los trabajadores, independientemente de su condición legal. No compartimos la información con
departamento de "Inmigración".

**Instrucciones:** Rellene ambos lados de este formulario y responda todas las preguntas. Escriba las respuestas a máquina o a mano con letr
legible. Adjunte una fotocopia de su último cheque de pago y del formulario W-2 si los tiene. Incluya cualquier otro documento que sustente s
reclamo. Envíe todos los documentos por correo o por fax a la dirección que aparece en el encabezado de esta página.

Para más información sobre cómo presentar un reclamo de salario, visite el sitio web *www.nj.gov/labor*. Haga clic en Wage & Hour (Salarios
horas) y después en "File a Wage Claim" (Presentar un reclamo de salario).

**Presentación del reclamo vía correo electrónico:** Usted puede presentar su reclamo por vía electrónica enviando un correo electrónico
Wage & Hour y adjuntando este documento completado en formato Adobe Portable Document Format (PDF). Si envía su reclamo por corre
electrónico, escanee todos sus documentos de evidencia (último cheque de pago o el formulario W-2) en formato PDF, y adjunte los PD
resultantes a su mensaje de correo electrónico.

**Reclamo anónimo:** Su empleador tiene derecho, ante la ley del "Acta de documentos abiertos al público" (Open Public Records Act, OPRA), a ve
toda la información contenida en este reclamo. Si desea presentar un reclamo anónimo, escriba "ANONYMOUS" (anónimo) en la sección reservad
para el nombre y deje la dirección en blanco. Suministre toda la información que sea posible sin revelar detalles personales. Envíe su reclamo po
correo o por fax. Si desea permanecer en condición anónima, NO envíe su reclamo por correo electrónico.

### Información sobre el empleado

| | | |
|---|---|---|
| 1. Nombre / Apellido / Inicial del segundo nombre | | 3. Número de teléfono durante el día |
| Danny  Segarra  G. | | |
| 2. Dirección postal / Piso / Apart. Nro. | | 4. Número de teléfono alterno / celular |
| | | ( ) |
| Ciudad / Estado / Código postal | | 5. Número de seguro social (*si prefiere, déjelo en blanco*) |
| | | |

6. ¿Es una tercera parte (*como un abogado o una agencia o entidad de servicios legales*) quien presenta este reclamo actuando en calidad de su agente o
representante?
☐ Sí      Si su respuesta es afirmativa, responda los puntos 7 al 11.
■ No      Si es negativa, salte al punto #12.

| | |
|---|---|
| 7. Nombre de la persona, agencia u organismo de servicio | 9. Número telefónico de la Tercera parte |
| | ( ) |
| 8. Dirección postal | 10. Número de fax |
| | ( ) |
| Ciudad / Estado / Código postal | 11. Correo electrónico |

### Información sobre el empleo

| | |
|---|---|
| 12. Nombre de la compañía | 15. Número telefónico durante el día |
| Performance Food Group. | (908) 4364908 |
| 13. Dirección física de la compañía especificando la <u>calle</u> (*no una casilla postal P.O. Box*) | 16. Número de fax |
| 1 Ikea Drive | ( ) |
| Ciudad / Estado / Código postal / Condado | 17. Correo electrónico |
| Elizabeth   N.J   07207 | |
| 14. Dirección de correo de la compañía (*si es diferente a la dirección física*) | 18. Nombre y cargo de la persona de contacto |
| misma. | Washington Avellaneda Director de Trafico |
| Ciudad / Estado / Código postal | 19. Número telefónico de la persona de contacto |
| | |

MW-31S (3/26/08)

OFFICIAL USE ONLY: Claim# _____

## Información sobre el empleo *(continuación)*

| 20. Primer día que trabajó | 21. Último día que trabajó | 22. Tasa de Pago (Antes de Impuestos) |
|---|---|---|
| Mayo, 13 - 2008 | Julio, 27 — 2012 | Por Hora: $ _____  Por Semana: $ _____  Otro: $ 200 diarios |

**23. Ocupación / cargo laboral:** Truck Driver

**24. Principales responsabilidades del puesto:** Delivery de mercaderia.

**25. ¿Todavía trabaja para este empleador?**

☐ Sí
■ No   Razón: Fui despedido despues de una suspension de 3 semanas.

**26. ¿Trabajó en la dirección de la compañía indicada en el punto #13?**

☐ Sí
■ No   ¿Dónde realmente realizaba el trabajo? entrega de mercaderia en varios establecimiento en N.Y.

| Dirección física | Ciudad | Estado | Código postal | Condado |

**27. Empleador Copropietario** *(como una compañía de arrendamiento o cualquier otro individuo o negocio que pueda ser responsable por su salario no pagado)*

| Dirección física | Ciudad | Estado | Código postal | Condado |

**28. Dirección Postal de Empleador Copropietario**

## Detalles del Reclamo

**29. Marque la(s) razón/razones por la que está presentando este reclamo.**

☐ salario no pagado

☐ horas extras

☐ salario mínimo

☐ cheque de pago devuelto

☐ vacaciones, enfermedad o día feriado

☐ comisiones, prestaciones o pago de bonos

☐ faltante o deducciones

☐ uniformes de la compañía

☐ incumplimiento de pago del último cheque

☐ calificado incorrectamente como contratista independiente *(mientras estaba empleado en la industria de la construcción)*

■ Otra *(explique abajo)*

**Expliqué por qué usted considera que el empleador le debe dinero de su salario. Enumere las fechas y las horas por las que usted considera que se le debe pago.**
*Si es necesario, anexe hojas adicionales.*

Esta explicado en las pajinas adicionales que envio

**¿Cuál es la cantidad total de salario** (antes de impuestos) que usted considera que el empleador le debe?
*(Si no está seguro, indique un estimado)*   $ 4,200.°°

**30. ¿Le ha solicitado al empleador el dinero que usted considera que le debe?**

☐ Sí   Nombre y cargo de la persona a quien se lo solicitó: _____
■ No

**31.** Reconozco que, a causa de la ley "Acta de documentos abiertos al público" (OPRA), el empleador tiene derecho a solicitar toda la información contenida en esta reclamo.
*(Si está presentando una reclamo anónimo, no es necesario que firme a continuación)*

Firma: _____   Fecha: 10 - 09 - 2012

Firma de los padres o el tutor legal *(necesaria si el reclamante es menor de 18 años de edad)*   Fecha _____

**Por favor adjunte los siguientes documentos, si los tiene:**
➢ una copia de su último cheque de pago y el formulario W-2
➢ copias del/de los cheque(s) de pago devuelto(s)
➢ cualquier otro documento que sustente su reclamo

Hace unos meses tube un accidente mientras trabajaba una puerta de un basement me golpeo en la espalda, reporte el accidente a la compania para la que trabajaba ( PFG) continue trabajando pero por necesidad aunque con dolor,como no mejoraba fui a ver al medico ( que me atendio el ano pasado por un accidente de transito) y me desabilito recibi terapia por unos meses ( dichas terapias no las cubrio la compania a pesar que lo solicite) pero me vi en la necesidad de regresar  a trabajar ( julio 11, 2012) ya que la economia de mi hogar estaba empeorando pero una semana despues empece a sentir dolor en la parte superior de la espalda y se me dormian las manos por lo cual me dificultaba manejar muchas veces estube a punto de tener un accidente ya que no podia maniobrar bien, el dia lunes julio 30 -2012 LLAME para reportar que no iva a trabajar por que me sentia mal (no les dije que regresaria a trabajar el siguiente dia porque no sabia si me iva a sentir bien), regrese el dia jueves agosto 2 el dispacher me dijo: no hay carga para ti hoy regresa manana, regrese el viernes agosto  3 es cuando me dicen que estoy suspendido por no haber llamado martes julio 31, y miercoles agosto 1. Aunque no estube de acuerdo  Cumpli con mi suspencion y solicite una reunion con  el presidente de la UNION el Sr. Bruce, con el director de trafico el Sr. Washington Avellaneda, y el Sr. Jhon Monteleon Vicepresidente de la Compania  ese dia quedo aclarada mi situacion: Yo volveria al trabajo pero primero tenia que ver al doctor de la compania si necesitaba terapia para mi dolor ellos me la darian aplicaria para desabilitarme y cuando me sintiera mejor continuaria con mi trabajo , al siguiente dia fui donde el Sr. Hammid Patel para recojer la autorizacion para la consulta con el medico pero mi sorpresa es que el Sr.Patel me la nego me dijo que soy un mentiroso que no me creia sobre mi dolor y me sugirio ir donde un medico particular y le pida una carta en donde diga que ya estoy bien que no me duele nada y que puedo seguir trabajando (en otras palabras que el medico y yo digamos mentiras sobre mi salud) que ellos no ivan a pagar ningun gasto medico para mi al ver su negativa solicite una reunion nuevamente ya que no se estaba cumpliendo con lo acordado en la reunion anterior para mi sorpresa ese

Case 2:14-cv-08123-JLL-JAD   Document 10-26   Filed 01/29/15   Page 16 of 16   PageID: 266

dia de la reunion me dicen que estoy despedido PORQUE ??? Yo ya cumpli con la suspencion que me dieron por no haber llamado esos dos dias que mencione arriba. Entonces cual es la razon para mi despido ahora??? La respuesta es muy simple no quieren pagar la terapia que necesito a pesar que ellos saben que me lastime mientras trabajaba para ellos esa es la unica razon, NO cometi nunguna otra falta en mi trabajo siempre fui respetuoso, responsable, impecable y cumplia con todo lo que se me asignaba nunca tubieron quejas de mi y ellos lo saben. Yo no estoy demandando a nadie a pesar que ya no puedo trabajar en lo unico que se hacer que es manejar ya que en cualquier Compania se requiere manejar entre 9 a 12 horas diarias y al no recibir las terapias mi salud sigue igual,las manos se me duermen la espalda me duele . Lo unico que pido es que se me pague por las semanas que me fueron negadas injustamente en mi solicitud de desempleo ya ha pasado mas de 2 meses que no tengo ningun ingreso, para pagar los gastos basicos de mi hogar he tenido que pedir prestado una vez mas solo pido se me pague lo que me corresponde legalmente. Es todo cuanto puedo decir por ahora si necesita informacion adicional por favor de llamar al 201-8981668.

Atentamente

_____

Danny Segarra