# EXHIBIT 25



# Kathy Stevens

Vice Presidnet H.R at PFG-AFI Foodservice

Greater New York City Area | Food & Beverages

Current     PFG-AFI Foodservice

**138**
connections

## Join LinkedIn & access Kathy's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Kathy directly

**View Kathy's Full Profile**

## Experience

### Vice President H.R

PFG-AFI Foodservice

May 2001 – Present (13 years 9 months)

## Skills

| Talent Management | Succession Planning | Benefits Administration |
| --- | --- | --- |

Human Resources    Employee Relations    Deferred Compensation    HRIS

Onboarding    Talent Acquisition    Labor Relations    FMLA    HR Policies

Hiring

## View Kathy's full profile to...

- See who you know in common
- Get introduced
- Contact **Kathy** directly

**View Kathy's Full Profile**

Not the Kathy Stevens you're looking for? View more

---

### Find a different Kathy Stevens

| First Name | Last Name | 🔍 |
| --- | --- | --- |

**Example:** Kathy Stevens


**Kathy Stevens**
Director of Educational Programming for Evolution Fitness Conference / theFitExpo
Greater Los Angeles Area


**Kathleen Stevens**
Director of Development at The Q-Group/Institute for Quantitative Research in Finance
Greater New York City Area


**Kathleen Stevens**
Remax Bushveld
Mabopane Area, South Africa


**Kathy Stevens**
General Manager, MPED, GE Aviation
Cincinnati Area


**Kathleen Stevens**
Greater Detroit Area

More professionals named Kathy Stevens

### People Also Viewed


**Jeff Williamson**
Senior Vice President, Operations at Performance Food Group


**Gus Gordon**
V P of Sales at Performance Foodservice - N Y Metro


**John McEvoy**
Sales Rep at Performance Food Group


**Frank Recine**
President Sysco Long Island


**edward carey**
Driscoll Foods


**Christine Ferris**
Buyer at Performance Food Group


**Meghan Duffy**
Sales at Performance Food Group


**Heather Kogan**
Regional Sales Manager at SYSCO Metro New York


**Sue Nissley**
Buyer at PFG/AFI Foodservice


**Chris Harrington**
Senior Business Analyst at GFS Canada

What is LinkedIn?    Join Today    Sign In

**in**

## Connect with co-workers

Learn more about who they are.

Add your position

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more    **Browse members** by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe