# EXHIBIT 27

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 7681970000

```
Status Report For:       ROMA FOOD ENTERPRISES, INC.
Report Date:             1/6/2015
Confirmation Number:     5006578809
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:      7681970000
Business Type:           DOMESTIC PROFIT CORPORATION
Status:                  MERGED
Original Filing Date:    08/30/1960
Stock Amount:            10000
Home Jurisdiction:       NJ
Status Change Date:      02-27-2008
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start     N/A
Date:
DOR Suspension End       N/A
Date:
Tax Suspension Start     N/A
Date:
Tax Suspension End       N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:     AUGUST
Last Annual Report       05/16/2007
Filed:
Year:                    2007
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                   THE CORPORATION TRUST COMPANY
Agent/SOP Address:       820 BEAR TAVERN ROAD ,WEST TRENTON,NJ,08628
Address Status:          DELIVERABLE
Main Business Address:   1 ROMA BLVD,PISCATAWAY,NJ,08854
Principal Business       45 STANFORD RD,PISCATAWAY,NJ,08854
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:         ROMA FOOD ENTERPRISES (FORMERLY SANDY'S
                         ITALIAN AND AMERICAN G
Type:                    PV
```

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 7681970000

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
        Title:              CHIEF EXEC. OFFICER (CEO)
        Name:               HOLM,GEORGE
        Address:            12650 E ARAPAHOE RD ,CENTENNIAL ,CO 80112
        Title:              PRESIDENT
        Name:               PIANCONE,LOUIS
        Address:            12650 E ARAPAHOE RD ,CENTENNIAL,CO 80112
        Title:              SECRETARY
        Name:               BERKE,KENT
        Address:            12650 E ARAPAHOE RD ,CENTENNIAL ,CO 80112
        Title:              VICE PRESIDENT
        Name:               BRENHOLT,JOHN
        Address:            12650 E ARAPAHOE RD ,CENTENNIAL ,CO 80112
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
        Original Filing          1960
        (Certificate)Date:
```

Changes and Amendments to the Original Certificate:

```
        Filing Type            Year Filed
        CHANGE OF REGISTERED   2005
        OFFICE
```

### New Jersey Business Gateway
### Business Entity Information and Records Service
### Business Id : 7681970000

| | |
|---|---|
| CHANGE OF REGISTERED AGENT | 2005 |
| NAME CHANGE | 1996 |
| NAME CHANGE | 1973 |
| MERGER | 2008 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| MERGER | 2006 |
| RESTATED | 2004 |
| RESTATED | 2003 |
| CHANGE OF AGENT AND OFFICE | 1983 |
| CHANGE OF AGENT AND OFFICE | 1979 |
| CHANGE OF AGENT AND OFFICE | 1978 |
| AMENDMENT | 2003 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.