# EXHIBIT 29

FILED Nov 01, 2012

SALDUTTI, LLC
Robert L. Saldutti, Esquire
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Attorneys for Plaintiff

| ROMA FOODS,<br><br>        Plaintiff,<br><br>v.<br><br>JADB PIZZA CORP DBA ELEGANTE PIZZA AND DOMINICK SINOPOLI<br><br>        Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>SPECIAL CIVIL PART<br>BURLINGTON COUNTY<br><br>DOCKET NO.  DC-010566-12<br><br>Civil Action<br><br>**COMPLAINT** |

Plaintiff, ROMA FOODS, a New Jersey Corporation, authorized to do business in Burlington County and throughout New Jersey located at One Roma Blvd, Piscataway, New Jersey, by way of Complaint against defendant, says:

### FIRST COUNT

There is due from the defendant the sum of **$1,233.86** on a certain book account and attorney fees in the amount of **$308.47**. Payment has been demanded and has not been made.

### SECOND COUNT

The plaintiff sues the defendant for goods sold and delivered and/or services rendered by the plaintiff to the defendant upon the promise by the defendant to pay the agreed amount as set forth herein. Defendant, Dominick Sinopoli has executed a personal guarantee to plaintiff. Payment has been demanded and has not been made.

### THIRD COUNT

The plaintiff sues the defendant for the reasonable value of goods delivered and/or services rendered by the plaintiff to the defendant upon the promise of the defendant to pay a reasonable price

for same. Payment has been demanded and has not been made.

### FOURTH COUNT

The defendant, being indebted to the plaintiff in the sum of $1,233.86, and attorney fees in the amount of $308.47 upon an account stated between them, did promise to pay to the plaintiff said sum upon demand plus a finance charge of 1.5 percent per month on all past due balances and late charges. Payment has been demanded and has not been made.

### FIFTH COUNT

Plaintiff repeats the allegation of the previous counts as though set forth herein at length.

The guarantor(s) is/are an officer and director of the corporate defendant.

As officer and director, the guarantor(s) breached his fiduciary duty to plaintiff as creditor by converting the assets of the corporate defendant to his personal use and benefit.

By said conversion of assets, the guarantor(s) caused the corporate defendant to become insolvent to the detriment of creditors such as the plaintiff.

Further, during said period, the guarantor(s) made preferential payments to himself with corporate monies that should have been held for the benefit of plaintiff.

By reason of the actions of the guarantor as aforesaid, the guarantor has become unjustly enriched and all monies and assets acquired by the said defendant are trust funds creating a resulting trust for the benefit of plaintiff.

The guarantor(s) is/are personally responsible to the plaintiff for violations of N.J.S.A. 14A: 6-11 to 13.

WHEREFORE, plaintiff demands judgment against the guarantor(s) in the sum of $1233.86 and attorney fees in the amount of $308.47, and subsequent interest and costs.

SALDUTTI, LLC

/s/Robert L. Saldutti

_____

ROBERT L. SALDUTTI, ESQUIRE

Dated: November 1, 2012

## CERTIFICATION PURSUANT TO R.4:5-1

I certify that I am not aware of any other pending actions or pending arbitration proceedings regarding the above controversy and I am not aware of any other parties who should be joined in this subject action.

## CERTIFICATION PURSUANT TO (R.1:38-7)

I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

SALDUTTI, LLC
/s/Robert L. Saldutti

_____

ROBERT L. SALDUTTI, ESQUIRE

Dated: November 1, 2012

RECEIVED   THURSDAY 11/1/2012 2:18:03 PM 9823864

SALDUTTI, LLC
Robert L. Saldutti, Esquire
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Attorneys for Plaintiff

| ROMA FOODS, <br><br> Plaintiff, <br><br> v. <br><br> JADB PIZZA CORP DBA ELEGANTE PIZZA AND DOMINICK SINOPOLI <br><br> Defendant(s). | SUPERIOR COURT OF NEW JERSEY <br> SPECIAL CIVIL PART <br> BURLINGTON COUNTY <br><br> DOCKET NO. <br><br> Civil Action <br><br> **CERTIFICATION OF DILIGENT INQUIRY** |
|---|---|

I, Robert L. Saldutti, Esquire, of full age hereby certifies as follows:

1.  I am an attorney licensed to practice in the State of New Jersey and have been personally entrusted with the above-captioned matter on behalf of the plaintiff, ROMA FOODS. I have personal knowledge of the facts contained herein.

2.  Based upon our investigation through our client's database, it appears that the defendant is not located in the State of New Jersey.

3.  Accordingly, it appears that the defendant cannot be served within the State of New Jersey and I respectfully request that the Court allow me to serve the defendant by regular and certified mail pursuant to the provisions of 4:4-5(b).

4.  It is further represented by the undersigned that diligent inquiry has been made as evidenced by the above conversations and thus, concluded that the defendant cannot be served within the State of New Jersey. Accordingly, pursuant to R. 4:4-5(b), the undersigned hereby respectfully requests that the Court allow service upon the defendant by regular and certified mail, return receipt requested pursuant to the provisions of R. 4:4-5(b).

I hereby certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SALDUTTI, LLC

/s/ ROBERT L. SALDUTTI, ESQUIRE

ROBERT L. SALDUTTI, ESQUIRE

Dated: November 1, 2012

## SPECIAL CIVIL PART SUMMONS AND RETURN OF SERVICE – PAGE 2

**Plaintiff or Plaintiff's Attorney Information:**
Name:
Robert Saldutti
Address:
Saldutti LLC
800 N Kings Hwy Suite 300

Cherry Hill, NJ 08034-151
Telephone No.: (856) 779-0300


Roma Food

| | |
|---|---|
| Demand Amount: | $1,542.33 |
| Filing Fee: | $32.00 |
| Service Fee: | $16.00 |
| Attorney's Fees | |
| TOTAL | |

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION, SPECIAL CIVIL PART**

BURLINGTON        COUNTY
49 Rancocas Road
Mount Holly, NJ 08060-0000
(609) 518-2865

**Plaintiff(s)**

versus

Jadb Pizza Corp
Dominick Sinopoli

Docket Number:   **DC-010566-12**
                 (to be provided by the court)

**Civil Action**

**SUMMONS**

**Defendant(s)**

Contract_Reg

**Defendant(s) Information: Name, Address & Phone**

Jadb Pizza Corp
Dba Elegante Pizza  88 Atlantic Ave  Lynebrook, NY 11563
Dominick Sinopoli
121 Earle Ave        Lynebrook, NY 11563



Date Served: 11/02/2012

### RETURN OF SERVICE IF SERVED BY COURT OFFICER (For Court Use Only)

Docket Number: _____

Date:_____Time: _____ WM_____ WF_____ BM_____ BF_____ OTHER_____

HT_____WT_____AGE_____HAIR_____MUSTACHE_____BEARD_____GLASSES_____

NAME:_____RELATIONSHIP:_____

Description of Premises: _____

I hereby certify the above to be true and accurate

_____
Special Civil Part Officer