# EXHIBIT 30

SALDUTTI, LLC
Robert L. Saldutti, Esquire
800 N. Kings Highway, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Attorneys for Plaintiff

| ROMA FOODS,<br><br>Plaintiff,<br><br>v.<br><br>TASTE LLC DBA TASTE PIZZERIA AND EDDIE KHAWATMI a/k/a AHMED KHAWATMI<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-SPECIAL CIVIL PART<br>BERGEN COUNTY<br><br>DOCKET NO.    DC-024330-12<br><br>Civil Action<br><br>COMPLAINT |
| --- | --- |

Plaintiff, ROMA FOODS, a New Jersey Corporation, with its principal place of business located at

One Roma Blvd, Piscataway, New Jersey, by way of Complaint against defendant, says:

### FIRST COUNT

There is due from the defendant the sum of **$850.99** on a certain book account plus attorney

fees in the amount of **$212.75** and costs.  Payment has been demanded and has not been made.

### SECOND COUNT

The plaintiff sues the defendant for goods sold and delivered and/or services rendered by the

plaintiff to the defendant upon the promise by the defendant to pay the agreed amount as set forth

herein. Defendant, Eddie Khawatmi a/k/a Ahmed Khawatmi has executed a personal guarantee to

plaintiff.  Payment has been demanded and has not been made.

### THIRD COUNT

The plaintiff sues the defendant for the reasonable value of goods delivered and/or services

rendered by the plaintiff to the defendant upon the promise of the defendant to pay a reasonable price

for same.  Payment has been demanded and has not been made.

## FOURTH COUNT

The defendant, being indebted to the plaintiff in the sum of **$850.99,** plus attorney fees in the amount of **$212.75** upon an account stated between them, did promise to pay to the plaintiff said sum upon demand plus a finance charge of 1.5 percent per month on all past due balances and late charges. Payment has been demanded and has not been made.

## FIFTH COUNT

Plaintiff repeats the allegation of the previous counts as though set forth herein at length.

The guarantor(s) is/are an officer and director of the corporate defendant.

As officer and director, the guarantor(s) breached his fiduciary duty to plaintiff as creditor by converting the assets of the corporate defendant to his personal use and benefit.

By said conversion of assets, the guarantor(s) caused the corporate defendant to become insolvent to the detriment of creditors such as the plaintiff.

Further, during said period, the guarantor(s) made preferential payments to himself with corporate monies that should have been held for the benefit of plaintiff.

By reason of the actions of the guarantor as aforesaid, the guarantor has become unjustly enriched and all monies and assets acquired by the said defendant are trust funds creating a resulting trust for the benefit of plaintiff.

The guarantor(s) is/are personally responsible to the plaintiff for violations of N.J.S.A. 14A: 6-11 to 13.

WHEREFORE, plaintiff demands judgment against the guarantor(s) in the sum of **$850.99** plus attorney fees in the amount of **$212.75,** and subsequent interest and costs.

SALDUTTI, LLC

/s/Robert L. Saldutti

_____

ROBERT L. SALDUTTI, ESQUIRE

Dated: November 1, 2012

### CERTIFICATION PURSUANT TO R.4:5-1

I certify that I am not aware of any other pending actions or pending arbitration proceedings regarding the above controversy and I am not aware of any other parties who should be joined in this subject action.

### CERTIFICATION PURSUANT TO (R.1:38-7)

I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

SALDUTTI, LLC

/s/Robert L. Saldutti

_____

ROBERT L. SALDUTTI, ESQUIRE

Dated: November 1, 2012

## NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PREMISES ACT, (THE ACT), 15 U.S.C. SECTION 1601 AS AMENDED

1.    The amount of the debt is stated in Paragraph One of this Complaint and attached hereto.

2.    The plaintiff who is named in the attached Summons and Complaint is the creditor to whom the debt is owed.

3.    The debt described in the Complaint attached hereto will be assumed to be valid by the creditor's law firm, unless the debtors, within thirty (30) days after the receipt of this notice, dispute in writing the validity of the debt or some portion thereof.

4.    If the debtor notifies the creditor's law firm in writing, within thirty (30) days the receipt of this notice that the debt or any portion thereof is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

5.    If the creditor who is named as plaintiff in the attached Summons and Complaint is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty (30) days from the receipt of this notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

6.    You are further advised that any information obtained from the debtor may be utilized by the creditor of this law firm for the purpose of collecting the debt.

7.    Written request should be addressed to the law firm of Saldutti, LLC, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034.

SALDUTTI, LLC


/S/ROBERT L. SALDUTTI, ESQUIRE

_____

ROBERT L. SALDUTTI, ESQUIRE

Dated:10/25/2012