**PARIS ACKERMAN & SCHMIERER LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667

**MEYERS FRIED-GRODIN, LLP**
520 Speedwell Avenue, Suite 210
Morris Plains, NJ 07950
(973) 944-8069

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYATA WILDER, FRANK RIZZO, AND ELIO IPPOLITO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMA FOOD ENTERPRISES, INC.; ROMA OF NEW JERSEY; PERFORMANCE TRANSPORTATION, LLC d/b/a PERFORMANCE FOOD GROUP;  PERFORMANCE FOODSERVICE – AFI; VISTAR CORPORATION; JOHN DOES 1-10, fictitious names for persons or entities whose present roles and identities are unknown; and ABC BUSINESS ENTITIES 1-10, fictitious names for entities whose present roles and identities are unknown,<br><br>Defendants. | Civil Action No. 2:14-cv-8123 (JLL)(JAD)<br><br><br><br>**ORDER** |

This matter having come before the Court upon the Motion of the Plaintiffs for Remand to the Superior Court of New Jersey, Middlesex County; and this Court having considered the moving and responsive papers and any oral argument; and for good cause shown;

IT IS this _____ day of _____, 2015

ORDERED that Plaintiffs' Motion for Remand be and hereby is GRANTED and this action shall be REMANDED to the Superior Court of New Jersey, Middlesex County.

_____
JOSE L. LINARES, U.S.D.J.