**PARIS ACKERMAN & SCHMIERER LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667

**MEYERS FRIED-GRODIN, LLP**
520 Speedwell Avenue, Suite 210
Morris Plains, NJ 07950
(973) 944-8069

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYATA WILDER, FRANK RIZZO, AND ELIO IPPOLITO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROMA FOOD ENTERPRISES, INC.; ROMA OF NEW JERSEY; PERFORMANCE TRANSPORTATION, LLC d/b/a PERFORMANCE FOOD GROUP; PERFORMANCE FOODSERVICE – AFI; VISTAR CORPORATION; JOHN DOES 1-10, fictitious names for persons or entities whose present roles and identities are unknown; and ABC BUSINESS ENTITIES 1-10, fictitious names for entities whose present roles and identities are unknown, <br><br> Defendants. | Civil Action No. 14-8123 (JLL)(JAD) <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on January 29, 2015, I filed with the Court and served the foregoing Notice of Motion to Remand, Brief in support of same and Declaration of Jonathan Meyers and the exhibits annexed thereto on all counsel of record through the Court's CM/ECF system.

*s/ Ross H. Schmierer*
ROSS H. SCHMIERER, ESQ.