NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYATA WILDER, FRANK RIZZO, AND ELIO IPPOLITO, individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ROMA FOOD ENTERPRISES, INC.; ROMA OF NEW JERSEY; PERFORMANCE TRANSPORTATION, LLC d/b/a PERFORMANCE FOOD GROUP; PERFORMANCE FOODSERVICE – AFI; VISTAR CORPORATION; JOHN DOES 1-10, fictitious names for persons or entities whose present roles and identities are unknown; and ABD BUSINESS ENTITITES 1-10, fictitious names for entities whose present roles and identities are unknown,<br><br>                Defendants. | Civil Action No.: 14-8123 (JLL) (JAD)<br><br>**ORDER** |

Pending before the Court is Plaintiffs Byata Wilder ("Plaintiff Wilder"), Frank Rizzo ("Plaintiff Rizzo"), and Elio Ippolito's ("Plaintiff Ippolito") (collectively "Plaintiffs") Motion to Remand this action to the New Jersey Superior Court, pursuant to 28 U.S.C. § 1447. (ECF No. 10.) For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 19 day of October, 2015,

ORDERED that Judge Dickson's June 23, 2015 R&R is hereby adopted as the findings of fact and conclusions of law of this Court; and it is further

ORDERED that Plaintiff's Motion to Remand (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE